Roger W. Wenthe
ROGER WENTHE, PLLC
Nevada Bar No. 8920
2831 St. Rose Pkwy. # 200
Henderson, NV 89052
Telephone: 702-971-0541
Roger.Wenthe@gmail.com

*Attorney for Defendant Marlena Sonn*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KPG Investments, Inc.; and Kendalle Getty,<br><br>Plaintiffs,<br><br>v.<br><br>Marlena Sonn; and Does 1-20,<br><br>Defendants. | Case No.:<br><br>**Notice of Removal** |

Defendant Marlena Sonn (Sonn), by her counsel, states:

1. This action was commenced in the Second Judicial District Court of the State of Nevada in and for the County of Washoe on or about March 16, 2022, and is now pending in this Court.

2. The case arises from an employment dispute that is closely related to the subject matter of a separate action, currently pending before the U.S. District Court for the Eastern District of New York. *See Sonn v. Getty, et al.*, No. 1:22-cv-02758-RPK-VMS.

3. This action is one of which federal district courts are given original jurisdiction by reason of the diversity of citizenship of the parties.

4. At the time of commencement of this action, and now, Plaintiff KPG Investments, Inc. (KPG) was and is a corporation organized and existing under the laws of the State of Nevada, with a principal place of business at 1325 Airmotive Way, Suite 360,

1

Reno, NV 89502. At the time of the commencement of this action, and now, Plaintiff Kendalle Getty (Getty) was and is a citizen of the State of California. At the time of commencement of this action, and now, Defendant Sonn, who is the only named defendant in this action, was and is a citizen of the State of New York.

5. Furthermore, the amount in controversy in the action, exclusive of interest and costs, exceeds $75,000.

6. Based on the complaint and the diverse citizenship of the parties, the Court has original jurisdiction of this action under 28 U.S.C. § 1332(a)(1), and, because Sonn is not a citizen or resident of the State of Nevada, removal of the action to the Court is proper under 28 U.S.C. § 1441(a) and (b)(2).

7. This notice of removal is timely under 28 U.S.C. § 1446(b) because it is being filed within 30 days of service.

8. Copies of all pleadings, process, and orders served on Sonn are attached to this Notice of Removal as Exhibit A.

9. Copies of this Notice of Removal are being served on Plaintiffs' counsel and are being filed with the clerk of the Second Judicial District Court of the State of Nevada in and for the County of Washoe.

10. Defendant Sonn does not waive any available defense by way of removing this action to federal court, which may include defenses relating to defective service of process, lack of personal jurisdiction and/or improper venue.

///
///
///
///
///
///
///
///

WHEREFORE Sonn hereby notifies the Court that this action has been removed to the Court from the Second Judicial District Court of the State of Nevada in and for the County of Washoe.

Dated May 26, 2022         ROGER WENTHE, PLLC

/s/ Roger Wenthe
Roger W. Wenthe
Nevada Bar No. 8920
2831 St. Rose Pkwy. # 200
Henderson, NV  89052
Telephone: 702-971-0541
Roger.Wenthe@gmail.com

*Attorney for Defendant Marlena Sonn*