Roger W. Wenthe
ROGER WENTHE, PLLC
Nevada Bar No. 8920
2831 St. Rose Pkwy. # 200
Henderson, NV  89052
Telephone: 702-971-0541
Roger.Wenthe@gmail.com

*Attorney for Defendant Marlena Sonn*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KPG Investments, Inc.; and Kendalle Getty, <br><br>Plaintiffs, <br><br>v. <br><br>Marlena Sonn; and Does 1-20, <br><br>Defendants. | Case No.: <br><br>**Certificate of Interested Parties** |

The undersigned, attorney for Defendant Marlena Sonn (Sonn), pursuant to Local Rule 7.1-1, certifies that there are no known interested parties other than those participating in the case.

Dated May 26, 2022        ROGER WENTHE, PLLC

/s/ Roger Wenthe
Roger W. Wenthe
Nevada Bar No. 8920
2831 St. Rose Pkwy. # 200
Henderson, NV  89052
Telephone: 702-971-0541
Roger.Wenthe@gmail.com

*Attorney for Defendant Marlena Sonn*

1