Leigh Goddard
Daniel I. Aquino
McDonald Carano LLP
100 W. Liberty St. Tenth Floor
Reno, NV  89501
Telephone:  775-788-2000
lgoddard@mcdonaldcarano.com
daquino@mcdonaldcarano.com

*Attorneys for Plaintiffs KPG Investments, Inc. And Kendalle Getty*

Roger W. Wenthe
ROGER WENTHE, PLLC
Nevada Bar No. 8920
2831 St. Rose Pkwy. # 200
Henderson, NV  89052
Telephone: 702-971-0541
Roger.Wenthe@gmail.com

*Attorney for Defendant Marlena Sonn*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KPG Investments, Inc.; and Kendalle Getty,<br><br>Plaintiffs,<br><br>v.<br><br>Marlena Sonn; and Does 1-20,<br><br>Defendants. | Case No.:  3:22-cv-00236-ART-CLB<br><br>**Joint Stipulation and Order to Extend Deadline for Responding to Complaint**<br>**(First Request)** |

      Pursuant to Local Rule IA 6-1, Plaintiffs KPG Investments, Inc. and Kendalle Getty, and Defendant Marlena Sonn, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. This action is closely related to the subject matter of a separate and subsequently-filed action proceeding in the U.S. District Court for the Eastern District of New York, *see Sonn v. Getty, et al.*, No. 1:22-cv-02758-RPK-VMS; and

2. Counsel for all parties to both actions have conferred and agreed to seek the consolidation of both actions before this Court in order to avoid parallel litigation and preserve judicial resources; and

3. There is good cause for extending the deadline for answering or otherwise responding to the complaint until such time as both actions can be consolidated before this Court; and

4. The parties anticipate that such consolidation will be possible within the next two weeks, after the U.S. District Court for the Eastern District of New York approves the parties' joint stipulation to transfer venue of the related action to this Court and at which point the parties will move to consolidate this action therewith;

5. The parties agree that Defendant's deadline to answer or otherwise respond to the complaint in the above-captioned action be, and hereby is, extended for a period of two weeks, up to and including June 16, 2022, to allow time for the transfer and consolidation of both actions before this Court.

Dated: June 2, 2022

| McDONALD CARANO LLP | ROGER WENTHE, PLLC |
|---|---|
| /s/ Leigh T. Goddard | /s/ Roger Wenthe |
| Leigh T. Goddard | Roger W. Wenthe |
| Nevada Bar No. 6315 | Nevada Bar No. 8920 |
| Daniel I. Aquino | 2831 St. Rose Pkwy. # 200 |
| Nevada Bar No. 12682 | Henderson, NV 89052 |
| 100 W. Liberty St., Tenth Floor | Telephone: 702-971-0541 |
| Reno, Nevada 89501 | Roger.Wenthe@gmail.com |
| Telephone: (775) 788-2000 | |
| lgoddard@mcdonaldcarano.com | *Attorney for Defendant* |
| daquino@mcdonaldcarano.com | |
| *Attorneys for Plaintiffs* | |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE /
UNITED STATES MAGISTRATE JUDGE


DATED:_____

**CERTIFICATE OF SERVICE**

    The undersigned certifies that a copy of this document was served on the persons shown, on the date shown, by the method shown:

    June 2, 2022        CM/ECF        All counsel of record

                                              /s/ Roger Wenthe
                                              Roger W. Wenthe