Leigh Goddard
Daniel I. Aquino
McDonald Carano LLP
100 W. Liberty St. Tenth Floor
Reno, NV  89501
Telephone:  775-788-2000
lgoddard@mcdonaldcarano.com
daquino@mcdonaldcarano.com

*Attorneys for Plaintiffs KPG Investments, Inc. And Kendalle Getty*

Roger W. Wenthe
ROGER WENTHE, PLLC
Nevada Bar No. 8920
2831 St. Rose Pkwy. # 200
Henderson, NV  89052
Telephone: 702-971-0541
Roger.Wenthe@gmail.com

*Attorney for Defendant Marlena Sonn*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KPG Investments, Inc.; and Kendalle Getty,<br><br>Plaintiffs,<br><br>v.<br><br>Marlena Sonn; and Does 1-20,<br><br>Defendants. | Case No.:  3:22-cv-00236-ART-CLB<br><br>**Joint Stipulation and Order to Extend Deadline for Responding to Complaint**<br>**(Second Request)** |

      Pursuant to Local Rule IA 6-1, Plaintiffs KPG Investments, Inc. and Kendalle Getty, and Defendant Marlena Sonn, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. This action is closely related to the subject matter of a separate and subsequently-filed action proceeding in the U.S. District Court for the Eastern District of New York, *see Sonn v. Getty, et al.*, No. 1:22-cv-02758-RPK-VMS (the "New York Action"); and

2. Counsel for all parties to both the New York Action and the current case have conferred and agreed to voluntarily transfer the New York Action to the District of Nevada, and subsequently seek the consolidation of both actions before this Court in order to avoid parallel litigation and preserve judicial resources; and

3. There is good cause for extending the deadline for answering or otherwise responding to the complaint until such time as both actions can be consolidated before this Court; and

4. On June 2, 2022, this Court granted the parties' request to extend Defendant's deadline to answer or otherwise respond to the complaint in the above-captioned action to June 16, 2022 (ECF No. 5); and

5. Subsequently, the U.S. District Court for the Eastern District of New York set a telephonic conference for June 29, 2022, to address transfer of the New York Action to the District of Nevada. The parties anticipate that the New York Action will be transferred to the District of Nevada soon thereafter, at which point the parties will move to consolidate this action therewith; and

. . .

6. The parties agree that Defendant's deadline to answer or otherwise respond to the complaint in the above-captioned action be, and hereby is, extended until July 20, 2022, to allow time for the transfer and consolidation of both actions before this Court.

Dated: June 16, 2022

McDONALD CARANO LLP

/s/ Daniel I. Aquino
Leigh T. Goddard
Nevada Bar No. 6315
Daniel I. Aquino
Nevada Bar No. 12682
100 W. Liberty St., Tenth Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
lgoddard@mcdonaldcarano.com
daquino@mcdonaldcarano.com
*Attorneys for Plaintiffs*

ROGER WENTHE, PLLC

/s/ Roger Wenthe
Roger W. Wenthe
Nevada Bar No. 8920
2831 St. Rose Pkwy. # 200
Henderson, NV 89052
Telephone: 702-971-0541
Roger.Wenthe@gmail.com

*Attorney for Defendant*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 16, 2022

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of this document was served on the persons shown, on the date shown, by the method shown:

June 16, 2022        CM/ECF        All counsel of record

/s/ Roger Wenthe
Roger W. Wenthe