Case 3:22-cv-00236-ART-CLB   Document 10   Filed 07/19/22   Page 1 of 2

ALICE CAMPOS MERCADO
Nevada Bar No. 4555
LEMONS, GRUNDY & EISENBERG
6005 Plumas Street, Third Floor
Reno, Nevada 89519
(775) 786-6868; (775)786-9716 (fax)
acm@lge.net

*Attorneys for Defendants*
*Alexandra S. Getty and*
*ASG Investments, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARLENA SONN,<br><br>    Plaintiff,<br><br>vs.<br><br>KENDALLE P. GETTY, *as Trustee of the Pleiades Trust and as an individual*, KPG INVESTMENTS INC., *as Trustee of the Pleiades Trust*, ALEXANDRA SARAH GETTY, *as Trustee of the Pleiades Trust and as an individual*, MINERVA OFFICE MANAGEMENT, INC., and ROBERT L. LEBERMAN,<br><br>    Defendants. | CASE NO: 3:22-CV-00236-ART-CLB<br><br>**NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD.

NOTICE IS HEREBY GIVEN that ALICE CAMPOS MERCADO of the firm of LEMONS, GRUNDY & EISENBERG hereby makes an appearance in this case as counsel for defendants ALEXANDRA SARAH GETTY and ASG INVESTMENTS INC.

Defendants ALEXANDRA SARAH GETTY and ASG INVESTMENTS INC. request that the service list in this matter be amended accordingly.

DATED this 19th day of July, 2022.

LEMONS, GRUNDY & EISENBERG

By: /s/ Alice Campos Mercado
ALICE CAMPOS MERCADO
*Attorneys for Defendants*
*Alexandra Sarah Getty and*
*ASG Investments Inc.*

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

1

## CERTIFICATE OF SERVICE

I am a citizen of the United States. I am over the age of 18 years and not a party to the within action. On July 19, 2022, following the ordinary business practice, I electronically filed and served through the CM/ECF program the foregoing document to the addressee(s) listed below described as *Notice of Appearance*

_____  **BY MAIL**: in an envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Reno, Nevada;

_____  **BY PERSONAL SERVICE**: in an envelope to be hand delivered this date;

_____  **BY OVERNIGHT DELIVERY**: in an envelope to be delivered to an overnight delivery carrier with delivery fees provided for;

_____  **BY FACSIMILE**: by transmitting by facsimile to the respective fax telephone phone number(s).

✓  **BY ELECTRONIC SERVICE**: the court to electronically serve the following individual(s):

Leigh T. Goddard (NV Bar 6315)
Daniel I. Aquino (NV Bar 12682)
McDONALD CARANO LLP
100 W. Liberty St., Tenth Floor
Reno, Nevada 89501
(775) 788-2000
lgoddard@mcdonaldcarano.com
daquino@mcdonaldcarano.com
*Attorneys for Plaintiffs*

Roger W. Wenthe (NV Bar 8920)
ROGER WENTHE, PLLC
2831 St. Rose Pkwy. # 200
Henderson, NV  89052
(702) 971-0541
roger.wenthe@gmail.com
*Attorney for Defendant Marlena Sonn*

Mark H. Gunderson (NV Bar 2134)
THE GUNDERSON LAW FIRM
3895 Warren Way
Reno, NV 89509
(775) 829-1222
mgunderson@gundersonlaw.com
*Attorney for Defendants Minerva Office Management, Inc. and Robert L. Leberman*

Agatha M. Cole
POLLOCK COHEN LLP
60 Broad Street, 24th Floor
New York, NY 10004
(646) 290-8261
agatha@pollockcohen.com
*Attorney for Defendant Marlena Sonn*

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

*Margie Nevin* (signature)
Margie Nevin

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

2