**ALICE CAMPOS MERCADO**
Nevada Bar No. 4555
**LEMONS, GRUNDY & EISENBERG**
6005 Plumas Street, Third Floor
Reno, Nevada 89519
(775) 786-6868; (775)786-9716 (fax)
acm@lge.net

*Attorneys for Defendants*
*Alexandra S. Getty and*
*ASG Investments, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARLENA SONN,<br><br>              Plaintiff,<br><br>vs.<br><br>KENDALLE P. GETTY, *as Trustee of the Pleiades Trust and as an individual*, KPG INVESTMENTS INC., *as Trustee of the Pleiades Trust*, ALEXANDRA SARAH GETTY, *as Trustee of the Pleiades Trust and as an individual*, MINERVA OFFICE MANAGEMENT, INC., and ROBERT L. LEBERMAN,<br><br>              Defendants. | CASE NO: 3:22-CV-00236-ART-CLB<br><br>**CERTIFICATE OF INTERESTED PARTIES [LR II 7.2-2]** |

      Pursuant to LR II 7.1-1, the undersigned, counsel of record for defendant *Alexandra Sarah Getty and ASG Investments Inc.* certifies that to the best of her knowledge no individual or entity, other than the parties named herein, have an interest in the outcome of this case. These representations are made to enable judges of the court to evaluate possible disqualification or recusal.

      DATED this 19th day of July, 2022.

                                                  **LEMONS, GRUNDY & EISENBERG**

                                                  By: */s/ Alice Campos Mercado*
                                                      ALICE CAMPOS MERCADO
                                                      *Attorneys for Defendants*
                                                      *Alexandra Sarah Getty and*
                                                      *ASG Investments Inc.*

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

1

## CERTIFICATE OF SERVICE

       I am a citizen of the United States. I am over the age of 18 years and not a party to the within action. On July 19, 2022, following the ordinary business practice, I electronically filed and served through the CM/ECF program the foregoing document to the addressee(s) listed below described as *Certificate of Interested Parties [LR II 7.1-1]*

_____ **BY MAIL**: in an envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Reno, Nevada;

_____ **BY PERSONAL SERVICE**: in an envelope to be hand delivered this date;

_____ **BY OVERNIGHT DELIVERY**: in an envelope to be delivered to an overnight delivery carrier with delivery fees provided for;

_____ **BY FACSIMILE**: by transmitting by facsimile to the respective fax telephone phone number(s).

✓ **BY ELECTRONIC SERVICE**: the court to electronically serve the following individual(s):

| | |
|---|---|
| Leigh T. Goddard (NV Bar 6315)<br>Daniel I. Aquino (NV Bar 12682)<br>McDONALD CARANO LLP<br>100 W. Liberty St., Tenth Floor<br>Reno, Nevada 89501<br>(775) 788-2000<br>lgoddard@mcdonaldcarano.com<br>daquino@mcdonaldcarano.com<br>*Attorneys for Plaintiffs* | Roger W. Wenthe (NV Bar 8920)<br>ROGER WENTHE, PLLC<br>2831 St. Rose Pkwy. # 200<br>Henderson, NV 89052<br>(702) 971-0541<br>roger.wenthe@gmail.com<br>*Attorney for Defendant Marlena Sonn* |
| Mark H. Gunderson (NV Bar 2134)<br>THE GUNDERSON LAW FIRM<br>3895 Warren Way<br>Reno, NV 89509<br>(775) 829-1222<br>mgunderson@gundersonlaw.com<br>*Attorney for Defendants Minerva Office Management, Inc. and Robert L. Leberman* | Agatha M. Cole<br>POLLOCK COHEN LLP<br>60 Broad Street, 24th Floor<br>New York, NY 10004<br>(646) 290-8261<br>agatha@pollockcohen.com<br>*Attorney for Defendant Marlena Sonn* |

       I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

                                                                         /s/ Margie Nevin<br>
                                                                         Margie Nevin

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

2