Leigh T. Goddard (NV Bar 6315)
Daniel I. Aquino (NV Bar No. 12682)
MCDONALD CARANO LLP
100 W. Liberty St. Tenth Floor
Reno, NV  89501
Telephone:  775-788-2000
lgoddard@mcdonaldcarano.com
daquino@mcdonaldcarano.com

*Attorneys for KPG Investments, Inc.
And Kendalle Getty*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KPG Investments, Inc.; and Kendalle Getty,<br><br>    Plaintiffs,<br><br>v.<br><br>Marlena Sonn; and Does 1-20,<br><br>    Defendants. | Case No.: 3:22-cv-00236-ART-CLB<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

The undersigned counsel of record hereby certifies that there are no known interested parties other than those participating in the case that have a direct, pecuniary interest in the outcome of this case as described in Fed. R. Civ. P. 7.1 and LR 7.1-1.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal. A supplemental certification will be filed promptly should any required information change. This certificate is given without waiver of any procedural or substantive defense.

DATED this 20th day of July, 2022.

        MCDONALD CARANO LLP

By:  */s/ Leigh T. Goddard*
   Leigh T. Goddard, (NV Bar No. 6315)
   Daniel I. Aquino (NV Bar No. 12682)
   McDONALD CARANO LLP
   100 W. Liberty St., Tenth Floor
   Reno, Nevada 89501
   Telephone: (775) 788-2000
   lgoddard@mcdonaldcarano.com
   daquino@mcdonaldcarano.com

*Attorneys for KENDALLE P. GETTY, and KPG INVESTMENTS INC.*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of McDonald Carano LLP, and that on the 20th day of July, 2022, a true and correct copy of the foregoing **CERTIFICATE OF INTERESTED PARTIES** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

*/s/ Willow Cornelius*
An employee of McDonald Carano LLP

4860-0094-1866, v. 1