**ALICE CAMPOS MERCADO**
Nevada Bar No. 4555
**LEMONS, GRUNDY & EISENBERG**
6005 Plumas Street, Third Floor
Reno, Nevada 89519
(775) 786-6868; (775)786-9716 (fax)
acm@lge.net

*Attorneys for Alexandra Sarah Getty and ASG Investments, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KPG INVESTMENTS INC. and KENDALLE GETTY,<br><br>Plaintiffs,<br><br>vs.<br><br>MARLENA SONN; and DOES 1-20<br><br>Defendants. | CASE NO. 3:22-CV-00236-ART-CLB<br><br>**WITHDRAWAL OF NOTICE OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES** |

ALEXANDRA SARAH GETTY and ASG INVESTMENTS INC. hereby withdraw the Notice of Appearance [ECF No. 10] and Certificate of Interested Parties [ECF No. 11] that were inadvertently filed in the above-entitled action, to which they are not parties, instead of in Case No. 3:22-cv-00323-LRH-CLB (*Sonn v. Getty, et al.*), in which they are parties. Counsel apologizes to the Court and counsel for any inconvenience the inadvertent filing may have caused.

DATED this 21st day of July, 2022.

LEMONS, GRUNDY & EISENBERG

By: /s/ Alice Campos Mercado
ALICE CAMPOS MERCADO
*Attorneys for*
*Alexandra Sarah Getty and*
*ASG Investments Inc.*

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

1

# CERTIFICATE OF SERVICE

I am a citizen of the United States. I am over the age of 18 years and not a party to the within action. On July 21, 2022, following the ordinary business practice, I electronically filed and served through the CM/ECF program the foregoing document to the addressee(s) listed below described as *Withdrawal of Notice of Appearance and Certificate of Interested Parties*

_____ **BY MAIL**: in an envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Reno, Nevada;

_____ **BY PERSONAL SERVICE**: in an envelope to be hand delivered this date;

_____ **BY OVERNIGHT DELIVERY**: in an envelope to be delivered to an overnight delivery carrier with delivery fees provided for;

_____ **BY FACSIMILE**: by transmitting by facsimile to the respective fax telephone phone number(s).

✓ **BY ELECTRONIC SERVICE**: the court to electronically serve the following individual(s):

Leigh T. Goddard (NV Bar 6315)
Daniel I. Aquino (NV Bar 12682)
McDONALD CARANO LLP
100 W. Liberty St., Tenth Floor
Reno, Nevada 89501
(775) 788-2000
lgoddard@mcdonaldcarano.com
daquino@mcdonaldcarano.com
*Attorneys for Kendalle P. Getty and KPG Investments Inc.*

Roger W. Wenthe (NV Bar 8920)
ROGER WENTHE, PLLC
2831 St. Rose Pkwy. # 200
Henderson, NV 89052
(702) 971-0541
roger.wenthe@gmail.com
*Attorney for Marlena Sonn*

Mark H. Gunderson (NV Bar 2134)
THE GUNDERSON LAW FIRM
3895 Warren Way
Reno, NV 89509
(775) 829-1222
mgunderson@gundersonlaw.com
*Attorney for Minerva Office Management, Inc. and Robert L. Leberman*

Agatha M. Cole
POLLOCK COHEN LLP
60 Broad Street, 24th Floor
New York, NY 10004
(646) 290-8261
agatha@pollockcohen.com
*Attorney for Marlena Sonn*

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Margie Nevin

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

2