Leigh T. Goddard (NV Bar 6315)
Daniel I. Aquino (NV Bar No. 12682)
MCDONALD CARANO LLP
100 W. Liberty St. Tenth Floor
Reno, NV  89501
Telephone:  775-788-2000
lgoddard@mcdonaldcarano.com
daquino@mcdonaldcarano.com

*Attorneys for KPG Investments, Inc.*
*And Kendalle Getty*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KPG Investments, Inc.; and Kendalle Getty,<br><br>     Plaintiffs,<br><br>v.<br><br>Marlena Sonn; and Does 1-20,<br><br>     Defendants. | Case No.:  3:22-cv-00236-ART-CLB<br><br><br><br>**ERRATA TO JOINT STIPULATION AND PROPOSED ORDER TO CONSOLIDATE CASES, PARTICIPATE IN VOLUNTARY SETTLEMENT CONFERENCE, AND STAY ACTION PENDING SETTLEMENT CONFERENCE** |

        KPG Investments, Inc. and Kendalle Getty hereby submit this Errata to the Joint Stipulation And Proposed Order To Consolidate Cases, Participate In Voluntary Settlement Conference, And Stay Action Pending Settlement Conference (the "Stipulation").  *See* ECF No. 13.

        Paragraph 3 of the Stipulation listed "3:22-cv-00236-ART-CLB" as the case number for the related matter transferred from the Eastern District of New York to the United States District Court for the District of Nevada.  *See* ECF No. 13, p. 2 at 3.  The portion of the Stipulation containing the proposed order, likewise, lists this case number.  *See* ECF No. 13, p. 4 at 2.

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The transferred matter was reassigned and provided a new case number. Accordingly, this Errata is being filed to correct this information to reflect the updated case number: 3:22-cv-00323-LRH-CLB.

DATED this 21st day of July, 2022.

MCDONALD CARANO LLP


By: _/s/ Leigh T. Goddard_____
    Leigh T. Goddard, (NV Bar No. 6315)
    Daniel I. Aquino (NV Bar No. 12682)
    McDONALD CARANO LLP
    100 W. Liberty St., Tenth Floor
    Reno, Nevada 89501
    Telephone: (775) 788-2000
    lgoddard@mcdonaldcarano.com
    daquino@mcdonaldcarano.com

    *Attorneys for KENDALLE P. GETTY, and KPG INVESTMENTS INC.*

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

**CERTIFICATE OF SERVICE**

I certify that I am an employee of McDonald Carano LLP, and that on the 21st day of July, 2022, a true and correct copy of the foregoing **ERRATA TO JOINT STIPULATION AND PROPOSED ORDER TO CONSOLIDATE CASES, PARTICIPATE IN VOLUNTARY SETTLEMENT CONFERENCE, AND STAY ACTION PENDING SETTLEMENT CONFERENCE** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

/s/ Willow Cornelius
An employee of McDonald Carano LLP

4860-0140-1386, v. 1

3