UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KPG Investments, Inc. et al, | Case No. 3:22-cv-00236-ART-CLB |
| Plaintiff, | ORDER |
| v. | |
| Marlena Sonn, | |
| Defendant. | |

**IT IS ORDERED** that *KPG Investments, Inc. and Kendalle Getty v. Marlena Sonn*, Case No. 3:22-cv-00236-ART-CLB (filed in Washoe County District Court on March 17, 2022 and removed to the United States District Court for the District of Nevada on May 26, 2022), and *Marlena Sonn v. Kendalle P. Getty, et al*, Case No. 2:22-cv-01137-APG-BNW (filed in the United States District Court for the Eastern District of New York on May 11, 2022 and transferred to the United States District Court for the District of Nevada on July 18, 2022—later assigned Case No. 3:22-cv-00323-ART-CLB), involve common questions of law and fact, and pursuant to FRCP 42(a) and Local Rule 42-1(a), are hereby consolidated into *KPG Investments, Inc., et al, v. Marlena Sonn*, retaining the first-filed Case No. 3:22-cv-00236-ART-CLB, and are referred to herein as the Consolidated Action.

**IT IS FURTHER ORDERED** that all parties to the Consolidated Action will participate in a settlement conference pursuant to Local Rule 16-5. Counsel will be contacted by the Court to schedule the settlement conference for the Consolidated Action.

//

//

1

**IT IS FURTHER ORDERED** that the Consolidated Action is stayed in its entirety pending the conclusion of the settlement conference.

**IT IS FURTHER ORDERED** that if the settlement conference does not resolve the Consolidated Action, each parties' responsive pleading shall be due 21 days after the conclusion of the settlement conference.

**IT IS SO ORDERED:**

DATED THIS 27th day of July 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE