GUNDERSON LAW FIRM
Mark H. Gunderson, Esq.
Nevada State Bar No. 2134
mgunderson@gundersonlaw.com
Austin K. Sweet, Esq.
Nevada State Bar No. 11725
asweet@gundersonlaw.com
3895 Warren Way
Reno, Nevada 89509
Telephone: 775.829.1222
Facsimile: 775.829.1226
*Attorneys for Minerva Office Management, Inc. and Robert L. Leberman*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KPG INVESTMENTS INC., a Nevada corporation; KENDALLE GETTY, an individual,<br><br>Plaintiffs,<br>v.<br><br>MARLENA SONN, an individual; AND DOES 1-20,<br><br>Defendant.<br>_____/ | Case No.:<br>3:22-cv-00236-ART-CLB |
| MARLENA SONN,<br><br>Plaintiff,<br>v.<br><br>KENDALLE P. GETTY, as Trustee of the Pleiades Trust and as an individual, KPG INVESTMENTS, INC., as Trustee of the Pleiades Trust, ALEXANDRA SARAH GETTY, as Trustee of the Pleiades Trust and as an individual, ASG INVESTMENTS, INC., as Trustee of the Pleiades Trust, MINERVA OFFICE MANAGEMENT, INC., and ROBERT L. LEBERMAN,<br><br>Defendants.<br>_____/ | Consolidated with:<br>3:22-cv-00323-ART-CLB<br><br><br><br><br>**NOTICE OF APPEARANCE** |

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

-1-

1  TO ALL INTERESTED PARTIES, please take notice that Mark H. Gunderson, Esq. and Austin K. Sweet, Esq., of Gunderson Law Firm, give notice of their appearance as counsel of record, on behalf of MINERVA OFFICE MANAGEMENT, INC., and ROBERT L. LEBERMAN, in the above-entitled action.

MINERVA OFFICE MANAGEMENT, INC. AND ROBERT L. LEBERMAN are defendants in the above-referenced matter, and request notice of all pleadings, papers, hearings, meetings and other matters in connection with the above-entitled case. Please send all communication to the address listed below:

>Mark H. Gunderson, Esq.
>Austin K. Sweet, Esq.
>GUNDERSON LAW FIRM
>3895 Warren Way
>Reno, Nevada 89509
>
>Telephone: (775) 829.1222
>Fax: (775) 829-1226
>
>Email: mgunderson@gundersonlaw.com
>Email: asweet@gundersonlaw.com

DATED this 4 day of August, 2022.

>GUNDERSON LAW FIRM
>
>/s/ Mark H. Gunderson
>Mark H. Gunderson, Esq.
>Nevada State Bar No. 2134
>Austin K. Sweet, Esq.
>Nevada State Bar No. 11725
>*Attorneys for Minerva Office Management, Inc. and Robert L. Leberman*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the law office of GUNDERSON LAW FIRM, and on the __4__ day of August, 2022 I electronically filed the **NOTICE OF APPEARANCE** and a copy will be electronically mailed by the United States District Court-District of Nevada through CM/ECF to the following:

Leigh T. Goddard, Esq.
MCDONALD CARANO LLP
100 W. Liberty St., Tenth Floor
P.O. Box 2670
Reno, NV 89501
lgoddard@mcdonaldcarano.com
wcornelius@mcdonaldcarano.com
*Attorneys for KPG Investments, Inc.
and Kendalle Getty*

Daniel I. Aquino, Esq.
Tara U. Teegarden, Esq.
MCDONALD CARANO LLP
2300 W. Sahara Avenue. Suite 1200
Las Vegas, NV 89102
daquino@mcdonaldcarano.com
ksurowiec@mcdonaldcarano.com
mcarter@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com
cgerard@mcdonaldcarano.com
*Attorneys for KPG Investments, Inc.
and Kendalle Getty*

Alice C. Mercado, Esq.
LEMONS, GRUNDY & EISENBERG
6005 Plumas Street, Suite 300
Reno, Nevada 89509
acm@lge.net
margien@lge.net
*Attorney for Alexandra Sarah Getty
and ASG Investments, Inc.*

Agatha M. Cole, Esq.
POLLOCK COHEN LLP
60 Broad Street, 24th Floor
New York, NY 10004
agatha@pollockcohen.com
*Attorney for Marlena Sonn*

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

-3-

Roger W. Wenthe, Esq.
ROGER WENTHE, PLLC
2831 St. Rose Pkwy., Suite 200
Henderson, NV 89052
roger.wenthe@gmail.com
*Attorney for Marlena Sonn*

David Slarskey, Esq.
SLARSKEY LLC
800 Third Ave., 18th Floor
New York, NY 10022
dslarskey@slarskey.com
*Attorney for Minerva Office Management, Inc.
and Robert L. Leberman*

Pursuant to FRCP 5(b), I further certify that I am an employee of the law office of GUNDERSON LAW FIRM, and on the ___4___ day of August, 2022, I deposited for mailing in Reno, Nevada a true and correct copy of the foregoing **NOTICE OF APPEARANCE**, to the following:

Lisa E. Cleary, Esq.
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of Americas
New York, NY 10036
*Attorneys for KPG Investments, Inc.
and Kendalle Getty*

Matthew S. Aibel. Esq.
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
*Attorney for Alexandra Sarah Getty
and ASG Investments, Inc*

Max E. Rodriguez, Esq.
POLLOCK COHEN LLP
60 Broad Street, 24th Floor
New York, NY 10004
*Attorney for Marlena Sonn*

Kelly Gunderson

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA  89509
(775) 829-1222

-4-