GUNDERSON LAW FIRM
Mark H. Gunderson, Esq.
Nevada State Bar No. 2134
mgunderson@gundersonlaw.com
Austin K. Sweet, Esq.
Nevada State Bar No. 11725
asweet@gundersonlaw.com
3895 Warren Way
Reno, Nevada 89509
Telephone: 775.829.1222
Facsimile: 775.829.1226
*Attorneys for Minerva Office Management, Inc. and Robert L. Leberman*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KPG INVESTMENTS INC., a Nevada corporation; KENDALLE GETTY, an individual,<br><br>Plaintiffs,<br>v.<br><br>MARLENA SONN, an individual; AND DOES 1-20,<br><br>Defendant.<br>_____/ | Case No.:<br>3:22-cv-00236-ART-CLB |
| MARLENA SONN,<br><br>Plaintiff,<br>v.<br><br>KENDALLE P. GETTY, as Trustee of the Pleiades Trust and as an individual, KPG INVESTMENTS, INC., as Trustee of the Pleiades Trust, ALEXANDRA SARAH GETTY, as Trustee of the Pleiades Trust and as an individual, ASG INVESTMENTS, INC., as Trustee of the Pleiades Trust, MINERVA OFFICE MANAGEMENT, INC., and ROBERT L. LEBERMAN,<br><br>Defendants.<br>_____/ | Consolidated with:<br>3:22-cv-00323-ART-CLB<br><br>**MOTION TO VACATE**<br>**SETTLEMENT CONFERENCE** |

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

-1-

Defendants MINERVA OFFICE MANAGEMENT, INC. ("Minerva"), and ROBERT L. LEBERMAN ("Leberman"), by and through their counsel of record, Mark H. Gunderson, Esq. and Austin K. Sweet, Esq., move to vacate the settlement conference currently scheduled to occur on November 16, 2022 and order the parties to either: (1) cooperate in good faith to reschedule the settlement conference at the earliest date that is mutually convenient for all parties and either Magistrate Judge McQuaid or any another Magistrate Judge whose schedule may be more aligned with the parties' availability; or (2) participate in a private mediation, with all parties to equally share the costs. This Motion is made and based upon the following memorandum of points and authorities, the attached exhibits, and any oral argument this Court wishes to entertain.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

All parties to this consolidated action agreed to participate in an early settlement conference. The settlement conference was originally scheduled to proceed on September 6, 2022, but was subsequently vacated and rescheduled to November 16, 2022. Plaintiff Marlena Sonn then unequivocally notified the Court and all parties that she was not available on November 16, 2022. The parties therefore spent substantial time and energy trying to accommodate Ms. Sonn's schedule by finding an alternative option for the settlement conference, including alternate dates, requesting assignment to a different Magistrate Judge whose calendar might align better with the parties' calendars, or engaging in private mediation. Meanwhile, given Ms. Sonn's unequivocal statements that she was unavailable on November 16, 2022, Mr. Leberman scheduled an international business trip over November 16, 2022.

In the midst of their efforts to reschedule the settlement conference, Ms. Sonn informed the parties that her calendar had changed and that she was now available on November 16, 2022. Unfortunately, that date was no longer available for Minerva or Leberman. Nonetheless, Ms. Sonn informed the parties that, since she was now available on November 16, 2022, she would no longer engage in good faith efforts to reschedule the settlement conference. As a result, Minerva and Leberman are forced to file this Motion.

///

Minerva and Leberman are not available to participate in a settlement conference on November 16, 2022. Minerva and Leberman therefore request that voluntary settlement conference be vacated and the parties be ordered to either: (1) cooperate in good faith to reschedule the settlement conference at the earliest date that is mutually convenient for all parties and either Magistrate Judge McQuaid or any another Magistrate Judge whose schedule may be more aligned with the parties' availability; or (2) participate in a private mediation, with all parties to equally share the costs.

## II.     RELEVANT FACTUAL HISTORY

Litigation was initiated in this action on March 17, 2022, in *KPG Investments, Inc. and Kendalle Getty v. Marlena Sonn*, Case No. CV22-00444 filed in the Second Judicial District Court of the State of Nevada. Doc. # 16. On May 11, 2022, Marlena Sonn filed *Marlena Sonn v. Kendalle P. Gett, et al.*, Case No. 2:22-cv-01137-APG-BNW in the United State District Court for the Eastern District of New York. Id. Ultimately, the parties stipulated to consolidate these lawsuits into the District of Nevada, to participate in a settlement conference, and to stay all proceedings pending the resolution of that settlement conference. Doc. # 13.

Between August 2, 2022, and August 5, 2022, the parties diligently coordinated with the Court to find a mutually acceptable date for the settlement conference. See August 2022 email chain, attached as Exhibit "1." The parties ultimately agreed to hold the settlement conference on September 6, 2022. On August 5, 2022, this Court entered an *Order Scheduling Virtual Settlement Conference*. Doc. # 19. Magistrate Judge Carla Baldwin was set to preside over the settlement conference. Id.

On August 9, 2022, the Court entered a minute order vacating the settlement conference set for September 6, 2022, before Magistrate Judge Carla Baldwin and informing the parties that counsel will be contacted by the Court to reschedule the settlement conference before Magistrate Judge McQuaid. Doc. # 20.

On August 15, 2022, the Court informed all parties via email that Magistrate Judge McQuaid was available on September 6, 2022, so the settlement conference would still proceed as scheduled. See August 15 email, attached as Exhibit "2."

///

///

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

-3-

1       On August 16, 2022, this Court entered an *Order Setting Settlement Conference*, formally setting Magistrate Judge McQuaid to preside over the settlement conference on September 6, 2022. Doc. # 21.

       On August 19, 2022, counsel for Kendalle Getty and KPG Investments, Inc., informed the parties and the Court that, when the prior settlement conference was vacated, that date was rebooked and Kendalle Getty, KPG Investments, Inc., and their counsel were no longer available to conduct the settlement conference on September 6, 2022. See August 2022 email chain, attached as Exhibit "3." The Court responded by providing several other dates in September in which Magistrate Judge McQuaid was available for the settlement conference. Id. Between August 19, 2022, and August 30, 2022, the parties and the Court exchanged a series of emails attempting to find a mutually acceptable date to conduct the settlement conference. Id.

       On August 30, 2022, the Court informed the parties that it would reschedule the settlement conference before Magistrate Judge McQuaid for Wednesday, November 16, 2022. Id. Agatha Cole, counsel for Marlena Sonn, responded to the Court's email with a question about the electronic court filing system, but gave no indication that she or her client were not available on November 16, 2022. Id. This Court subsequently entered a minute order formally vacating the September 6, 2022, settlement conference and rescheduling the settlement conference for November 16, 2022. Doc. # 23.

       On September 1, 2022, Ms. Cole emailed the Court and explained that she and Ms. Sonn were not available on November 16, 2022, for the settlement conference. See September 1 email, attached as Exhibit "4."

       The parties then began discussing alternative options for conducting the settlement conference. Counsel for the parties began by trying to schedule a conference call to discuss available dates. See Emails from September 1 and 2, attached as Exhibit "5." Ms. Cole responded that she did not believe a phone call would be necessary because her client "is available any day in November except for 11/16 and 11/17." Id.

       The parties then attempted to circulate available dates via email. See Email chain attached as Exhibit "6." Ms. Cole again responded by stating "Ms. Sonn and her counsel are fully available on

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

-4-

literally any day in November *except* for 11/16 and 11/17. Those are the only two dates that we would not be able to attend." Id (emphasis in original).

The parties' efforts continued into the following week. On September 6, 2022, counsel circulated a table of all the dates in November that the parties had indicated they were available, which plainly showed that there were no dates on which all parties and Magistrate Judge McQuaid were available in November 2022. See September email chain, attached as Exhibit "7." At that point, the parties began discussing the possibility of scheduling the mediation after November 2022, requesting the availability of another magistrate judge to conduct the settlement conference, or considering private mediation. Id. The parties continued exploring available dates or private mediation for several more days. Id.

At no point did Ms. Cole indicate that November 16 might become available or that they were attempting to rearrange their schedules to make November 16 available. Id. Minerva and Leberman therefore understood that the settlement conference would be rescheduled, that November 16 was not a date that needed to be held open, and that Mr. Leberman could freely schedule other matters for that date. See Declaration of Robert Leberman, attached as Exhibit "8." Accordingly, while the parties continued to work toward rescheduling the settlement conference, Mr. Leberman confirmed a pending international business meeting on November 16, 2022. Id.

On Sunday, September 11, 2022, Ms. Sonn's counsel unexpectedly informed the parties that their "calendar has changed" and that they were now available on November 16, 2022. See September 11, 2022, email, attached as Exhibit "9." Unfortunately, by this point, given Ms. Cole's clear and repeated statements that she was unavailable on November 16, 2022, Mr. Leberman confirmed a pending international business meeting that day that cannot now be moved. See Exhibit "9." Counsel for Minerva and Leberman promptly informed the parties that November 16 was no longer available on their calendar. See Gunderson email on September 11, 2022, attached as Exhibit "10."

On September 14, 2022, Minerva and Leberman's counsel informed the Court that November 16, 2022, was no longer available for Minerva or Leberman. See Gunderson email dated September 14, 2022, attached as Exhibit "11."

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA  89509
(775) 829-1222

-5-

1  On September 20, 2022, Minerva and Leberman's counsel followed up with the parties on the
2  ongoing efforts to set the settlement conference. See Gunderson email dated September 20, 2022,
3  attached as Exhibit "12." Mr. Gunderson suggested seeking assignment to a different Magistrate
4  Judge or holding a private mediation. Id. On September 22, 2022, Ms. Sonn's counsel responded as
5  follows: "The mediation is scheduled for Nov. 16, and seeing that your clients could not agree on any
6  other alternate date, we were forced to rearrange our schedules to accommodate the Nov. 16 date. I
7  suggest you do the same." Id.

8  Ms. Cole then asked the Court to unilaterally pick a date and mandate all parties' attendance.
9  See September 22, 2022, email chain, attached as Exhibit "13." Mr. Gunderson responded that
10 Minerva and Leberman could not agree to such a process and requested that this matter either be
11 referred to another Magistrate Judge whose calendar might better align with the parties' availability
12 or order the parties to engage in private mediation. Id. This Court responded that if the scheduled
13 date is no longer available, a motion should be filed. Id.

## III.  ARGUMENT

This voluntary settlement conference was set pursuant to the parties' stipulated request in accordance with LR II 16-5. Unfortunately, due to the numerous, constantly evolving schedules that must be coordinated for this settlement conference to occur, scheduling the settlement conference has been a difficult process. Minerva and Leberman remain interested in an early mediation of this case, but they are simply unavailable on November 16, 2022.

Efforts to reschedule the settlement conference without judicial intervention have failed. Consequently, Minerva and Leberman are left with no choice but to request that the voluntary settlement conference be vacated and the parties be ordered to either: (1) cooperate in good faith to reschedule the settlement conference at the earliest date that is mutually convenient for all parties and either Magistrate Judge McQuaid or any another Magistrate Judge whose schedule may be more aligned with the parties' availability; or (2) participate in a private mediation, with all parties to equally share the costs.

///
///

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

-6-

## IV. CONCLUSION

A productive settlement conference cannot occur unless all parties participate. Minerva and Leberman are not available on November 16, 2022. Minerva and Leberman therefore request that voluntary settlement conference be vacated and the parties be ordered to either: (1) cooperate in good faith to reschedule the settlement conference at the earliest date that is mutually convenient for all parties and either Magistrate Judge McQuaid or any another Magistrate Judge whose schedule may be more aligned with the parties' availability; or (2) participate in a private mediation, with all parties to equally share the costs.

The Motion should be granted.

DATED this 30 day of September, 2022.

GUNDERSON LAW FIRM

Mark H. Gunderson, Esq.
Nevada State Bar No. 2134
Austin K. Sweet, Esq.
Nevada State Bar No. 11725
*Attorneys for Minerva Office Management, Inc. and Robert L. Leberman*

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

-7-

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the law office of GUNDERSON LAW FIRM, and on the 30 day of September, 2022 I electronically filed the **MOTION TO VACATE SETTLEMENT CONFERENCE** and a copy will be electronically mailed by the United States District Court-District of Nevada through CM/ECF to the following:

Leigh T. Goddard, Esq.
MCDONALD CARANO LLP
100 W. Liberty St., Tenth Floor
P.O. Box 2670
Reno, NV 89501
lgoddard@mcdonaldcarano.com
wcornelius@mcdonaldcarano.com
*Attorneys for KPG Investments, Inc.*
*and Kendalle Getty*

Daniel I. Aquino, Esq.
Tara U. Teegarden, Esq.
MCDONALD CARANO LLP
2300 W. Sahara Avenue. Suite 1200
Las Vegas, NV 89102
daquino@mcdonaldcarano.com
ksurowiec@mcdonaldcarano.com
mcarter@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com
cgerard@mcdonaldcarano.com
*Attorneys for KPG Investments, Inc.*
*and Kendalle Getty*

Alice Campos Mercado, Esq.
LEMONS, GRUNDY & EISENBERG
6005 Plumas Street, Suite 300
Reno, Nevada 89509
acm@lge.net
margien@lge.net
*Attorney for Alexandra Sarah Getty*
*and ASG Investments, Inc.*

Agatha M. Cole, Esq.
POLLOCK COHEN LLP
60 Broad Street, 24th Floor
New York, NY 10004
agatha@pollockcohen.com
*Attorney for Marlena Sonn*

-8-

Roger W. Wenthe, Esq.
ROGER WENTHE, PLLC
2831 St. Rose Pkwy., Suite 200
Henderson, NV 89052
roger.wenthe@gmail.com
*Attorney for Marlena Sonn*

David Slarskey, Esq.
SLARSKEY LLC
800 Third Ave., 18th Floor
New York, NY 10022
dslarskey@slarskey.com
*Attorney for Minerva Office Management, Inc.
and Robert L. Leberman*

Pursuant to FRCP 5(b), I further certify that I am an employee of the law office of GUNDERSON LAW FIRM, and on the 30 day of September, 2022, I deposited for mailing in Reno, Nevada a true and correct copy of the foregoing **MOTION TO VACATE SETTLEMENT CONFERENCE**, to the following:

Lisa E. Cleary, Esq.
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of Americas
New York, NY 10036
*Attorneys for KPG Investments, Inc.
and Kendalle Getty*

Matthew S. Aibel. Esq.
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
*Attorney for Alexandra Sarah Getty
and ASG Investments, Inc*

Max E. Rodriguez, Esq.
POLLOCK COHEN LLP
60 Broad Street, 24th Floor
New York, NY 10004
Max@PollockCohen.com
*Attorney for Marlena Sonn*

_____
Kelly Gunderson

-9-

# EXHIBIT LIST

| Exhibit # | Description | Pages |
|---|---|---|
| Exhibit "1" | August 2022 email chain | 4 |
| Exhibit "2" | August 15 email | 1 |
| Exhibit "3" | August 2022 email chain | 11 |
| Exhibit "4" | September 1 email | 11 |
| Exhibit "5" | Emails from September 1 and 2 | 13 |
| Exhibit "6" | Email chain | 17 |
| Exhibit "7" | September email chain | 3 |
| Exhibit "8" | Declaration of Robert Leberman | 2 |
| Exhibit "9" | September 11, 2022 | 4 |
| Exhibit "10" | Gunderson email on September 11, 2022 | 3 |
| Exhibit "11" | Gunderson email dated September 14, 2022 | 1 |
| Exhibit "12" | Gunderson email dated September 20, 2022 | 5 |
| Exhibit "13" | September 22, 2022, email chain | 2 |

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222