Agatha M. Cole
POLLOCK COHEN LLP
111 Broadway, Ste. 1804
New York, NY 11211
Telephone: 646-290-8261
Email: agatha@pollockcohen.com

Roger W. Wenthe
ROGER WENTHE, PLLC
Nevada Bar No. 8920
2831 St. Rose Pkwy. # 200
Henderson, NV  89052
Telephone: 702-971-0541
Email: roger.wenthe@gmail.com

*Counsel for Plaintiff, Marlena Sonn*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

---

MARLENA SONN,

      *Plaintiff,*

v.

KENDALLE P. GETTY, as Trustee of the Pleiades Trust and as an individual, KPG INVESTMENTS INC., as Trustee of the Pleiades Trust, ALEXANDRA SARAH GETTY, as Trustee of the Pleiades Trust and as an individual, ASG INVESTMENTS INC., as Trustee of the Pleiades Trust, MINERVA OFFICE MANAGEMENT, INC., and ROBERT L. LEBERMAN,

      *Defendants.*

---

KPG INVESTMENTS INC. and KENDALLE P. GETTY,

      *Plaintiffs,*

v.

MARLENA SONN,

      *Defendants.*

---

Case No.'s:
2:22-cv-01137-APG-BNW
3:22-cv-00323-ART-CLB
3:22-cv-00236-ART-CLB

(Consolidated)

**PLAINTIFF MARLENA SONN'S RESPONSE TO MOTION FILED BY DEFENDANTS MINERVA OFFICE MANAGEMENT, INC. AND ROBERT L. LEBERMAN**

Plaintiff Marlena Sonn ("Ms. Sonn"), by and through the undersigned counsel, hereby submits this response to the motion filed by Defendants Minerva Office Management and Robert L. Leberman on September 30, 2022 (ECF No. 26). Although Ms. Sonn has no position on that motion, the following is offered to shed light on how the parties arrived at this juncture, where the Court's intervention is apparently being sought on a routine scheduling matter.

As background, Ms. Sonn originally filed suit against Defendants Kendalle P. Getty, KPG Investments Inc., Alexandra Sarah Getty, ASG Investments Inc., Minerva Office Management, Inc., and Robert L. Leberman (collectively, "the Getty Defendants"), on May 11, 2022 in the U.S. District Court for the Eastern District of New York, *see Sonn v. Getty, et al.* (E.D.N.Y. Case No. 1:22-cv-02758), and then agreed to a voluntary transfer of venue to this Court. As part of that agreement, Ms. Sonn also consented to participating in mediation, at the Getty Defendants' insistence, and agreed to a stay of the proceedings such that the Getty Defendants would be spared from having to file a responsive pleading if the mediation was successful.

Now that the proceedings have been stayed, however, the Getty Defendants have essentially refused to provide any dates on which they could all make themselves available to participate in mediation. When Ms. Sonn provided only two dates in November on which she could *not* be available, the Getty Defendants then insisted that those were the *only* dates on which they were *all* available. In light of the Getty Defendants' purported inability to proceed on *any* other date, Ms. Sonn rearranged her schedule to be available on that date. Mr. Leberman now claims to have a conflict on that date, but has not proposed any other alternate date on which he and the other Defendants can proceed.

In sum, Ms. Sonn remains willing and ready to participate in the mediation process. In order to do so, however, the Getty Defendants must be able to propose some dates on which they are all available to participate as well.

Dated:   October 6, 2022    Respectfully submitted,
         New York, NY

POLLOCK COHEN LLP

By:   */s/ Agatha M. Cole*
      Agatha M. Cole

60 Broad Street, 24th Floor
New York, NY 10004
Tel: (646) 290-8261
Email: agatha@pollockcohen.com

*Counsel for Plaintiff, Marlena Sonn*