## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KPG INVESTMENTS, INC., a Nevada corporation; KENDALLE GETTY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MARLENA SONN, an individual; and DOES 1–20,<br><br>Defendants. | 3:22-cv-00236-ART-CLB<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Adam Pollock of Pollock Cohen LLP hereby enters his appearance on behalf of Plaintiff Marlena Sonn in the above-captioned action.

It is respectfully requested that any future Notices of Electronic Filing related to this case be served upon the undersigned. I certify that I am admitted to practice in this Court.

Dated: November 21, 2022
        New York, NY

**POLLOCK COHEN LLP**

/s/ *Adam Pollock*

Adam L. Pollock
111 Broadway, Suite 1804
New York, NY 10006
Adam@PollockCohen.com
Tel: (212) 337-5361
*Counsel for Marlena Sonn*