LEMONS, GRUNDY & EISENBERG
ALICE CAMPOS MERCADO
Nevada State Bar No. 4555
6005 Plumas Street, Third Floor
Reno, Nevada 89519
Phone: (775) 786-6868
Facsimile: (775) 786-9716
acm@lge.net

PAUL HASTINGS LLP
RYAN D. DERRY, *PRO HAC VICE*
101 California Street, 48th Floor
San Francisco, California 94111
Phone: (775) 856-7000
Facsimile: (415) 856-7100
ryanderry@paulhastings.com

Attorneys for Defendants
ALEXANDRA SARAH GETTY and
ASG INVESTMENTS, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KPG INVESTMENTS, INC., et al.,<br><br>Plaintiff,<br><br>vs.<br><br>MARLENA SONN, et al.,<br><br>Defendant. | Case No. 3:22-CV-00236-ART-CLB<br>c/w Case No. 3:22-CV-00323 ART-CLB<br><br>**ALEXANDRA SARAH GETTY AND ASG INVESTMENTS, INC.'S NOTICE OF UNDER SEAL SUBMISSION OF EXHIBITS TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>[Motion to Dismiss; Request for Judicial Notice; and Motion for Leave to File Under Seal filed concurrently herewith] |

Defendants Alexandra Sarah Getty ("ASG") and ASG Investments, Inc. ("ASG Investments") (collectively "ASG Defendants") hereby give notice that Exhibits A-C to ASG Defendants' Request for Judicial Notice in support of their Motion to Dismiss are being filed under seal.

Pursuant to LR IC 1-1(d), the items submitted are described as follows:

1. **Exhibit A:** Consisting of four pages, the Employment Agreement executed on October 1, 2014, by and between ASG on behalf of ASG Investments, and Marlena Sonn.

2. **Exhibit B:** Consisting of two pages, the Letter re: Incentive Award, dated October 20, 2017, executed by ASG on behalf of ASG Investments, and agreed to and accepted by Marlena Sonn.

3. **Exhibit C:** Consisting of seven pages, the Thread of email communications exchanged between Marlena Sonn and ASG from January 27, 2021 to January 28, 2021.

DATED: February 8, 2023

PAUL HASTINGS LLP
in association with
LEMONS, GRUNDY & EISENBERG

By: _____
RYAN D. DERRY, *Pro Hac Vice*

Attorneys for Defendants,
ALEXANDRA SARAH GETTY and
ASG INVESTMENTS, INC.

-2-
ALEXANDRA SARAH GETTY AND ASG INVESTMENTS, INC.'S NOTICE OF UNDER SEAL SUBMISSION OF EXHIBITS TO RJN ISO MTN TO DISMISS

## CERTIFICATE OF SERVICE

I am a citizen of the United States. I am over the age of 18 years and not a party to the within action. On February 8, 2023, following the ordinary business practice, I electronically filed and served through the CM/ECF program the foregoing document to the addressee(s) listed below described as ***Alexandra Sarah Getty and ASG Investments, Inc.'s Notice of Under Seal submission of Exhibits to Request for Judicial Notice in Support of Motion to Dismiss***

✓  **BY MAIL**: in an envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Reno, Nevada to the following:

Lisa E. Cleary
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NV 10036

Max Ephraim Rodriguez
Pollock Coen LLP
111 Broadway, Ste. 1804
New York, NY 10006

Matthew Savage Aibel
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

✓  **BY ELECTRONIC SERVICE**: the court to electronically serve the following individual(s):

Leigh T. Goddard (NV Bar 6315)
Daniel I. Aquino (NV Bar 12682)
Tara U. Teegarden
McDONALD CARANO LLP
100 W. Liberty St., Tenth Floor
Reno, Nevada 89501
(775) 788-2000
lgoddard@mcdonaldcarano.com
daquino@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com
*Attorneys for Kendalle P. Getty and KPG Investments Inc.*

Roger W. Wenthe (NV Bar 8920)
ROGER WENTHE, PLLC
2831 St. Rose Pkwy. # 200
Henderson, NV 89052
(702) 971-0541
roger.wenthe@gmail.com
*Attorney for Marlena Sonn*

Adam Pollock
Agatha M. Cole
POLLOCK COHEN LLP
60 Broad Street, 24th Floor
New York, NY 10004
(646) 290-8261
agatha@pollockcohen.com;
adam@pollockcohen.com
*Attorney for Marlena Sonn*

David Slarskey
Slarskey LLC
800 Third Ave., 18th Floor
New York, NY 10022
dsarskey@slarskey.com
*Attorney for Minerva Office Management, Inc. and Robert L. Leberman*

Mark H. Gunderson (NV Bar 2134)
Austin Kent Sweet (NV Bar 11725)
THE GUNDERSON LAW FIRM
3895 Warren Way
Reno, NV 89509
(775) 829-1222
mgunderson@gundersonlaw.com
asweet@gundersonlaw.com
*Attorneys for Minerva Office Management, Inc. and Robert L. Leberman*

    I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

_____
Margie Nevin