**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KPG INVESTMENTS INC. and KENDALLE GETTY,<br><br>         *Plaintiffs*,<br><br>  v.<br><br>MARLENA SONN,<br><br>         *Defendant*. | **ORDER GRANTING MARLENA SONN'S MOTION TO EXTEND TIME (First Request) (ECF No. 50)**<br><br>Consolidated Actions<br><br>Case No. 3:22-cv-00236-ART-CLB (Lead) |
| MARLENA SONN,<br><br>         *Plaintiff*,<br><br>  v.<br><br>KENDALLE P. GETTY, as Trustee of the Pleiades Trust and as an individual, KPG INVESTMENTS INC., as Trustee of the Pleiades Trust, ALEXANDRA SARAH GETTY, as Trustee of the Pleiades Trust and as an individual, ASG INVESTMENTS INC., as Trustee of the Pleiades Trust, MINERVA OFFICE MANAGEMENT, INC. and ROBERT L. LEBERMAN,<br><br>         *Defendants*. | Case No. 3:22-cv-00323-ART-CLB (Consolidated) |

Pursuant to Local Rule IA 6-1, defendant (and plaintiff in the consolidated action) Marlena Sonn requests the Court to extend by 14 days the time to respond to the pending motions filed as ECF Nos. 40, 41, 42, 45, 46, 47, and 48, from February 22, 2023, to March 8, 2023. This is Sonn's first request to extend these deadlines.

In support of her motion, Sonn states that the usual 14 days will be insufficient for simultaneously researching and preparing responses to each of these seven pending motions. The motions and their supporting memoranda encompass a total of 76 pages, plus attached exhibits, and they raise numerous legal issues.

Sonn therefore requests that the Court grant her leave to respond to ECF Nos. 40, 41, 42, 45, 46, 47, and 48 on or before March 8, 2023.

Dated:   February 13, 2023

Respectfully submitted,

POLLOCK COHEN LLP

By: /s/ Roger Wenthe

Roger W. Wenthe (SBN 8920)
ROGER WENTHE, PLLC
2831 St. Rose Pkwy. # 200
Henderson, NV  89052
Tel.: 702-971-0541
Email: roger.wenthe@gmail.com

Adam Pollock
POLLOCK COHEN LLP
111 Broadway, 18th Floor
New York, NY 10006
Tel.: 212-337-5361
Email: apollock@pollockcohen.com
*admitted pro hac vice*

*Counsel for Marlena Sonn*

Good cause appearing, Marlena Sonn's Motion for Extension of Time (ECF No. 50) is GRANTED. IT IS SO ORDERED.

Date: Febuary 15, 2023

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE