1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KPG INVESTMENTS, INC., et al., | ORDER APPROVING |
| Plaintiff, | Case No. 3:22-CV-00236-ART-CLB<br>c/w Case No. 3:22-CV-00323 ART-CLB |
| vs. | **STIPULATION TO EXTEND TIME FOR ASG DEFENDANTS TO FILE REPLIES TO PLAINTIFF SONN'S OPPOSITIONS TO ASG DEFENDANTS' MOTION TO DISMISS; MOTION TO FILE UNDER SEAL AND REQUEST FOR JUDICIAL NOTICE (First Request)** |
| MARLENA SONN, et al., | |
| Defendant. | |

1   Pursuant to Local Rule IA 6-1, Plaintiff Marlena Sonn ("Plaintiff") and Defendants
2   Alexandra Sarah Getty and ASG Investments, Inc. (collectively, "ASG Defendants") (the
3   "Parties") hereby stipulate and respectfully request that the Court continue ASG Defendants' time
4   to file Replies to Plaintiff's Oppositions to ASG Defendants' (1) Motion to Dismiss (ECF No.
5   41); (2) Request for Judicial Notice (ECF No. 45); and (3) Motion for Leave to File Under Seal
6   (ECF No. 42) (collectively, the "Replies") from March 15, 2023 to March 22, 2023.

7   WHEREAS on February 8, 2023, ASG Defendants filed their (1) Motion to Dismiss
8   (ECF No. 41); (2) Request for Judicial Notice (ECF No. 45); and (3) Motion for Leave to File
9   Under Seal (ECF No. 42) (the "Motions").

10  WHEREAS Plaintiff's time to file her Oppositions to ASG Defendants' Motions was
11  extended from February 22, 2023 to March 8, 2023 (*see* ECF No. 51).

12  WHEREAS ASG Defendants' time to file the Replies, given Plaintiff's extension of time,
13  conflicts with preexisting obligations.

14  WHEREAS this is the first stipulation for extension of time to file the Replies.

15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

THE PARTIES THEREFORE STIPULATE AND RESPECTFULLY JOINTLY REQUEST AS FOLLOWS: The Court continue the current deadline for the filing of ASG Defendants' Replies from March 15, 2023 to March 22, 2023.

DATED: March 8, 2023

POLLOCK COHEN LLP
in association with
ROGER WENTHE PLLC

By: /s/ *Adam Pollock*
ADAM POLLOCK, *Pro Hac Vice*

Attorneys for Plaintiff,
MARLENA SONN

DATED: March 8, 2023

PAUL HASTINGS LLP
in association with
LEMONS, GRUNDY & EISENBERG

By: /s/ *Ryan D. Derry*
RYAN D. DERRY, *Pro Hac Vice*

Attorneys for Defendants,
ALEXANDRA SARAH GETTY and
ASG INVESTMENTS, INC.

DATED: March 10, 2023

**IT IS SO ORDERED.**

By: _____
Anne R. Traum
United States District Court Judge