Adam Pollock
POLLOCK COHEN LLP
111 Broadway, Ste. 1804
New York, NY 11211
Tel.: 212-337-5361
Email: adam@pollockcohen.com

Roger W. Wenthe (SBN 8920)
ROGER WENTHE, PLLC
2831 St. Rose Pkwy. # 200
Henderson, NV 89052
Tel.: 702-971-0541
Email: roger.wenthe@gmail.com

*Counsel for Marlena Sonn*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KPG INVESTMENTS INC. and KENDALLE GETTY,<br><br>                              *Plaintiffs*,<br><br>v.<br><br>MARLENA SONN,<br><br>                              *Defendant*. | **NOTICE OF DISCHARGE OF ATTORNEY AGATHA COLE AS COUNSEL OF RECORD FOR PLAINTIFF / DEFENDANT MARLENA SONN**<br><br>Consolidated Actions<br><br>Case No. 3:22-cv-00236-ART-CLB (Lead)<br><br>Case No. 3:22-cv-00323-ART-CLB (Consolidated) |
| MARLENA SONN,<br><br>                              *Plaintiff*,<br><br>v.<br><br>KENDALLE P. GETTY, as Trustee of the Pleiades Trust and as an individual, KPG INVESTMENTS INC., as Trustee of the Pleiades Trust, ALEXANDRA SARAH GETTY, as Trustee of the Pleiades Trust and as an individual, ASG INVESTMENTS INC., as Trustee of the Pleiades Trust, MINERVA OFFICE MANAGEMENT, INC. and ROBERT L. LEBERMAN,<br><br>                              *Defendants*. | |

1    Pursuant to Local Rule IA 11-6 and the Nevada Rules of Professional Conduct, the
2 undersigned writes to inform this Court that (a) attorney Agatha Cole has left Pollock Cohen
3 LLP, the counsel of record to Consolidated Plaintiff / Lead Defendant Marlena Sonn in this
4 matter; (b) Ms. Sonn will continue to be represented by the undersigned attorneys and counsel of
5 record in this matter, Roger Wenthe and Adam Pollock; and (c) Ms. Cole's withdrawal in this
6 matter will not delay discovery, the trial or any hearing in this case.
7    Given such facts, Ms. Sonn respectfully requests an Order from this Court removing Ms.
8 Cole as counsel of record in this matter.

Dated:   March 31, 2023                    Respectfully submitted,

By:   /s/ Roger Wenthe
      Roger W. Wenthe (SBN 8920)
      ROGER WENTHE, PLLC
      2831 St. Rose Pkwy. # 200
      Henderson, NV  89052
      Tel.: 702-971-0541
      Email: roger.wenthe@gmail.com

      Adam Pollock
      POLLOCK COHEN LLP
      111 Broadway, 18th Floor
      New York, NY 10006
      Tel.: 212-337-5361
      Email: apollock@pollockcohen.com
      *admitted pro hac vice*

      *Counsel for Marlena Sonn*

IT IS SO ORDERED

_____           Date: _____
United States District/Magistrate Judge

- 1 -

**PROOF OF SERVICE**

As counsel for Marlena Sonn, I certify that copies of the foregoing document were served on the persons shown, on the date shown, and by the method shown.

| | | |
|---|---|---|
| All Counsel of Record | CM/ECF | 3/31/2023 |
| Agatha Cole<br>108 Conselyea Street<br>Brooklyn, NY 11211 | First Class Mail | 3/31/2023 |

                                /s/ Roger Wenthe
                                Roger Wenthe