Roger W. Wenthe (SBN 8920)
ROGER WENTHE, PLLC
2831 St. Rose Pkwy. # 200
Henderson, NV 89052
Tel.: 702-971-0541
Email: roger.wenthe@gmail.com

Adam Pollock (*pro hac vice*)
Christopher Leung (*pro hac vice*)
POLLOCK COHEN LLP
111 Broadway, Ste. 1804
New York, NY 11211
Tel.: 212-337-5361
Email: adam@pollockcohen.com

*Counsel for Marlena Sonn*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KPG INVESTMENTS INC., a Nevada corporation; KENDALLE GETTY, an individual,<br><br>             Plaintiffs,<br>     v.<br><br>MARLENA SONN,<br><br>             Defendant.<br>_____/ | Case No.:<br>3:22-cv-00236-ART-CLB |
| MARLENA SONN,<br><br>             Plaintiff,<br>     v.<br><br>KENDALLE P. GETTY, *et al.*,<br><br>             Defendants.<br>_____/ | Consolidated with:<br>3:22-cv-00323-ART-CLB<br><br>**STIPULATION REGARDING MEDIATION AND DISCOVERY** |

   KPG Investments Inc. (KPG), Kendalle Getty (Kendalle), Alexandra Sarah Getty (Sarah), ASG Investments, Inc. (ASG), Minerva Office Management, Inc. (Minerva), Robert L. Leberman (Leberman), and Marlena Sonn (Sonn) (collectively, the "Parties"), by

1

and through their respective counsel of record, jointly submit this Stipulation regarding mediation and discovery in this matter.

1. All Parties have agreed to request that Magistrate Judge Carla Baldwin conduct mediation in this matter, with all Parties and counsel participating via Zoom, at the earliest available date.

2. All Parties have agreed that responses to the following pending discovery requests shall be due on the following dates:

| | |
|---|---|
| KPG and Kendalle's First Requests for Production and First Interrogatories to Sonn | July 17, 2023 |
| Minerva's and Leberman's First Interrogatories, First Requests for Production, and First Requests for Admission to Sonn | August 4, 2023 |

Respectfully submitted on June 29, 2023.

DATED: June 29, 2023
**GUNDERSON LAW FIRM**
By: /s/ Mark Gunderson
Mark H. Gunderson, Esq.
Austin K. Sweet, Esq.
*Attorneys for Minerva Office Management, Inc. and Robert L. Leberman*

DATED: June 29, 2023
**MCDONALD CARANO LLP**
By: /s/ Leigh Goddard
Leigh T. Goddard, Esq.
Daniel I. Aquino, Esq.
Tara U. Teegarden, Esq.
*Attorneys for KPG Investments, Inc. and Kendalle Getty*

DATED: June 29, 2023
**PAUL HASTINGS LLP**
By: /s/ Ryan Derry
Ryan D. Derry, Esq.
*Attorney for Alexandra Sarah Getty and ASG Investments, Inc.*

DATED: June 29, 2023
**LEMONS, GRUNDY & EISENBERG**
By: /s/ Alice Campos mercado
Alice Campos Mercado, Esq.
*Attorney for Alexandra Sarah Getty and ASG Investments, Inc.*

DATED: June 21, 2023
**ROGER WENTHE, PLLC**
By: /s/ Roger Wenthe
Roger Wenthe, Esq.
*Attorney for Marlena Sonn*

DATED: June 21, 2023
**POLLOCK COHEN LLP**
By: /s/ Adam Pollock
Adam Pollock, Esq. (*pro hac vice*)
Christopher Leung, Esq. (*pro hac vice*)
*Attorneys for Marlena Sonn*

**PROOF OF SERVICE**

    As counsel for Marlena Sonn, I certify that copies of the foregoing document were served on all counsel of record on the date shown and by the method shown.

CM/ECF       June 29, 2023

                                 /s/ Roger Wenthe
                                 Roger Wenthe