Leigh T. Goddard (NV Bar 6315)
Daniel I. Aquino (NV Bar No. 12682)
Tara U. Teegarden (NV Bar No. 15344)
MCDONALD CARANO LLP
100 W. Liberty St. Tenth Floor
Reno, NV  89501
Telephone:  775-788-2000
lgoddard@mcdonaldcarano.com
daquino@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

*Attorneys for KPG Investments, Inc.
and Kendalle Getty*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KPG INVESTMENTS INC., a Nevada corporation; KENDALLE GETTY, an individual, <br><br>        Plaintiffs, <br><br>    v. <br><br>MARLENA SONN, an individual; AND DOES 1-20, <br><br>        Defendant. <br>_____/ | Case No.: <br>3:22-cv-00236-ART-CLB |
| MARLENA SONN, <br><br>        Plaintiff, <br><br>    v. <br><br>KENDALLE P. GETTY, as Trustee of the Pleiades Trust and as an individual, KPG INVESTMENTS, INC., as Trustee of the Pleiades Trust, ALEXANDRA SARAH GETTY, as Trustee of the Pleiades Trust and as an individual, ASG INVESTMENTS, INC., as Trustee of the Pleiades Trust, MINERVA OFFICE MANAGEMENT, INC., and ROBERT L. LEBERMAN, <br><br>        Defendants. <br>_____/ | Consolidated with: <br>3:22-cv-00323-ART-CLB <br><br>**DEFENDANTS KENDALLE P. GETTY AND KPG INVESTMENTS, INC.'S NOTICE OF SUBMISSION OF REDACTED DOCUMENTS IN COMPLIANCE WITH COURT ORDER DENYING MOTION TO SEAL (ECF No. 100)** |

On June 28, 2023, the Court issued an order denying Defendants Kendalle Getty ("Kendalle") and KPG Investments, Inc.'s ("KPG") Motion to Seal certain documents (the "Order"). (ECF No. 100.) Rather than a complete sealing of the documents, the Court ordered Kendalle and KPG to file redacted versions of the documents at issue, redacting only physical and email addresses on the open docket no later than July 11, 2023. (*Id*.) The documents at issue were:

1. The Employment Agreement between Plaintiff Marlena Sonn and KPG Investments, Inc. dated November 1, 2015 (ECF No. 49-1, Ex. 1),
2. Incentive Award Letter, from KPG Investments, Inc. to Sonn, dated November 10, 2017 (ECF No. 49-1, Ex. 2.)
3. Incentive Award Letter, dated March 2021. (ECF No. 49-1, Ex. 3).

Kendalle and KPG hereby submit the redacted documents in compliance with the Court's Order. The redacted Employment Agreement is attached hereto as Exhibit 1. The Incentive Award Letter dated November 10, 2017, is attached hereto as Exhibit 2. The Incentive Award Letter dated March 2021 is attached hereto as Exhibit 3. Physical and email addresses, if any, have been redacted from the documents in accordance with the Order.

Dated: July 10, 2023.

MCDONALD CARANO LLP

By: */s/ Leigh Goddard*
Leigh T. Goddard, NV Bar No. 6315
Daniel I. Aquino, NV Bar No. 12682
Tara U. Teegarden, NV Bar No. 15344
McDONALD CARANO LLP
100 W. Liberty St., Tenth Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
*Attorneys for Kendalle Getty and KPG Investments, Inc.*

# CERTIFICATE OF SERVICE

I certify that I am an employee of McDonald Carano LLP, and that on the 10th day of July, 2023, a true and correct copy of the foregoing **DEFENDANTS KENDALLE P. GETTY AND KPG INVESTMENTS, INC.'S NOTICE OF SUBMISSION OF REDACTED DOCUMENTS IN COMPLIANCE WITH COURT ORDER DENYING MOTION TO SEAL (ECF No. 100)** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide electronic copies to all registered users as follows:

Max Ephraim Rodriguez
Pollock Cohen LLP
111 Broadway, Suite 1804
New York, NY 11211
max@pollockcohen.com

Agatha M. Cole
Beverly PLLC
43 Wets 43rd Street, Suite 159
New York, NY 10036
agatha@beverlypllc.com
*Attorneys for Marlena Sonn*

David Slarskey
Slarskey LLC
800 Third Avenue, 18th Floor
New York, NY 10022
dslarskey@slarskey.com

Mark H. Gunderson
Austin K. Sweet
Gunderson Law Firm
3895 Warren Way
Reno, Nevada 89509
mgunderson@gundersonlaw.com
asweet@gundersonlaw.com
*Attorneys for Minerva Office Management, Inc. and Robert L. Leberman*

Alice Campos Mercado
Lemons, Grundy & Eisenberg
6005 Plumas Street, Third Floor
Reno, Nevada 89519
acm@lge.net

Matthew Savage Aibel
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
mattewaibel@paulhastings.com
*Attorneys for Alexandra Sarah Getty and ASG Investments, Inc.*

Lisa Cleary
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
lecleary@pbwt.com

*Attorney for KPG Investments, Inc. and Kendalle Gerry*

/s/ Tracy L. Brown
Employee of McDonald Carano LLP

EXHIBIT INDEX

| Ex. No. | Description | Page Count |
|---|---|---|
| 1 | November 1, 2015 Employment Agreement | 4 Pages |
| 2 | First Incentive Award Letter | 2 Pages |
| 3 | Second Incentive Award Letter | 3 Pages |