**ALICE CAMPOS MERCADO**
Nevada Bar No. 4555
**LEMONS, GRUNDY & EISENBERG**
6005 Plumas Street, Third Floor
Reno, Nevada 89519
(775) 786-6868; (775)786-9716 (fax)
acm@lge.net

**RYAN D. DERRY,** *Pro Hac Vice*
**PAUL HASTINGS, LLP**
101 California Street, 48th Floor
San Francisco, California 94111
(415) 856-7092
ryanderry@paulhastings.com

*Attorneys for Alexandra Sarah Getty and ASG Investments, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KPG INVESTMENTS INC., a Nevada Corporation; KENDALLE GETTY, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>MARLENA SONN, an individual; and DOES 1-20,<br><br>　　　　　　　Defendants. | CASE NO. 3:22-CV-00236-ART-CLB<br>CONSOLIDATED WITH:<br>CASE NO. 3:22-CV-00323-ART-CLB<br><br>**ALEXANDRA SARAH GETTY AND ASG INVESTMENTS, INC.'S EXHIBITS IN SUPPORT OF MOTION TO DISMISS**<br><br>[Exhibits previously submitted under seal concurrently with Motion for Leave to File Under Seal and Request for Judicial Notice in Support of Motion to Dismiss] |
| MARLENA SONN,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>KENDALLE P. GETTY, *as Trustee of the Pleiades Trust and as an individual*, KPG INVESTMENTS INC., *as Trustee of the Pleiades Trust*, ALEXANDRA SARAH GETTY, *as Trustee of the Pleiades Trust and as an individual*, ASG INVESTMENTS INC., *as Trustee of the Pleiades Trust*, MINERVA OFFICE MANAGEMENT, INC., and ROBERT L. LEBERMAN,<br><br>　　　　　　　Defendants. | |

　　　　In compliance with the Order filed June 28, 2023, denying Defendants' Motions to Seal and directing Defendants to file the documents at issue in their respective Motions to Seal

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

1

(ECF No. 100 at 8), Defendants ALEXANDRA SARAH GETTY ("ASG") and ASG INVESTMENTS, INC. ("ASG INVESTMENTS") (collectively "ASG DEFENDANTS") hereby submit the following exhibits to ASG Defendants' *Request for Judicial Notice* [ECF Nos 43 and 45]. in support of their *Motion to Dismiss* [ECF No. 41]:

**Exhibit A:** The Employment Agreement executed on October 1, 2014, by and between ASG on behalf of ASG Investments and Marlena Sonn.

**Exhibit B:** Letter re: Incentive Award, dated October 20, 2017, executed by ASG on behalf of ASG Investments, and agreed to and accepted by Marlena Sonn.

**Exhibit C:** Thread of email communications exchanged between Marlena Sonn and ASG from January 27, 2021 to January 28, 2021.

DATED this 12th day of July, 2023

                                                       **LEMONS, GRUNDY & EISENBERG**
                                                       In Association with
                                                       **PAUL HASTINGS, LLP**

By: /s/ Alice Campos Mercado
     ALICE CAMPOS MERCADO
     RYAN D. DERRY

*Attorneys for Defendants
Alexandra Sarah Getty and
ASG Investments Inc.*

LEMONS, GRUNDY & EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

## CERTIFICATE OF SERVICE

I am a citizen of the United States. I am over the age of 18 years and not a party to the within action. On July 12, 2023, following the ordinary business practice, I electronically filed and served through the CM/ECF program the foregoing document to the addressee(s) listed below described as *Alexandra Sarah Getty and ASG Investments, Inc.'s Exhibits in support of Motion to Dismiss*

__✓__    **BY MAIL**: in an envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Reno, Nevada to the following:

Lisa E. Cleary
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

Max Ephraim Rodriguez
Pollock Coen LLP
111 Broadway, Ste. 1804
New York, NY 10006

Matthew Savage Aibel
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

__✓__    **BY ELECTRONIC SERVICE**: the court to electronically serve the following individual(s):

Leigh T. Goddard (NV Bar 6315)
Daniel I. Aquino (NV Bar 12682)
Tara U. Teegarden
McDONALD CARANO LLP
100 W. Liberty St., Tenth Floor
Reno, Nevada 89501
(775) 788-2000
lgoddard@mcdonaldcarano.com
daquino@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com
*Attorneys for Kendalle P. Getty and KPG Investments Inc.*

Roger W. Wenthe (NV Bar 8920)
ROGER WENTHE, PLLC
2831 St. Rose Pkwy. # 200
Henderson, NV  89052
(702) 971-0541
roger.wenthe@gmail.com
*Attorney for Marlena Sonn*

Adam Pollock
Christopher Leung
POLLOCK COHEN LLP
60 Broad Street, 24th Floor
New York, NY 10004
(646) 290-8261
agatha@pollockcohen.com;
adam@pollockcohen.com
*Attorney for Marlena Sonn*

David Slarskey
Slarskey LLC
800 Third Ave., 18th Floor
New York, NY 10022
dsarskey@slarskey.com
*Attorney for Minerva Office Management, Inc. and Robert L. Leberman*

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

3

Mark H. Gunderson (NV Bar 2134)
Austin Kent Sweet (NV Bar 11725)
THE GUNDERSON LAW FIRM
3895 Warren Way
Reno, NV 89509
(775) 829-1222
mgunderson@gundersonlaw.com
asweet@gundersonlaw.com
*Attorneys for Minerva Office Management, Inc. and Robert L. Leberman*

     I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

                                               /s/ *Margie Nevin*
                                               Margie Nevin

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

4