Leigh T. Goddard (NV Bar 6315)
Daniel I. Aquino (NV Bar No. 12682)
MCDONALD CARANO LLP
100 W. Liberty St. Tenth Floor
Reno, NV  89501
Telephone:  775-788-2000
lgoddard@mcdonaldcarano.com
daquino@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

*Attorneys for KPG Investments, Inc.
and Kendalle Getty*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KPG INVESTMENTS INC., a Nevada corporation; KENDALLE GETTY, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> MARLENA SONN, an individual; AND DOES 1-20, <br><br> Defendant. | Case No.: <br> 3:22-cv-00236-ART-CLB |
| MARLENA SONN, <br><br> Plaintiff, <br><br> v. <br><br> KENDALLE P. GETTY, as Trustee of the Pleiades Trust and as an individual, KPG INVESTMENTS, INC., as Trustee of the Pleiades Trust, ALEXANDRA SARAH GETTY, as Trustee of the Pleiades Trust and as an individual, ASG INVESTMENTS, INC., as Trustee of the Pleiades Trust, MINERVA OFFICE MANAGEMENT, INC., and ROBERT L. LEBERMAN, <br><br> Defendants. | Consolidated with: <br> 3:22-cv-00323-ART-CLB <br><br> **STIPULATION TO EXTEND CASE DEADLINES AND ORDER** |

1

KPG Investments Inc., Kendalle Getty, ASG Investments, Inc., Alexandra Sarah Getty, Minerva Office Management, Inc., Robert L. Leberman and Marlena Sonn (collectively, the "Parties"), by and through their respective counsel of record, agree and stipulate to extend case deadlines to allow the parties to memorialize the terms of their settlement.

1. On August 28, 2023, the Parties participated in a mediation with the Honorable David Wall. Although they did not reach a settlement on that date, the Parties continued negotiations and they have now reached an agreement as to material terms.

2. The Parties anticipate entering into a formal settlement agreement in the coming weeks.

3. The Parties wish to avoid unnecessary legal fees and costs and prefer to focus efforts on documenting the settlement.

4. Therefore, the Parties agree that the deadlines set forth in the Stipulated Discovery Plan and Scheduling Order (ECF No. 93) should be extended, as follows:

|  | **Existing Deadline** | **Proposed Deadline** |
|---|---|---|
| Initial expert disclosure | 9-7-2023 | 11-7-2023 |
| Rebuttal expert disclosure | 10-9-2023 | 12-7-2023 |
| Dispositive motions | 12-6-2023 | 2-5-2024 |
| Joint pretrial order | 1-5-2024 | 3-5-2024 |

//
//
//
//

IT IS SO STIPULATED AND AGREED.

| McDONALD CARANO LLP | ROGER WENTHE, PLLC |
|---|---|
| */s/ Leigh Goddard* | */s/ Roger Wenthe* |
| Leigh T. Goddard | Roger W. Wenthe |
| Daniel I. Aquino | 2831 St. Rose Pkwy. # 200 |
| 100 W. Liberty St., Tenth Floor | Henderson, NV  89052 |
| Reno, Nevada 89501 | (702) 971-0541 |
| (775) 788-2000 | Roger.Wenthe@gmail.com |
| lgoddard@mcdonaldcarano.com | |
| daquino@mcdonaldcarano.com | Adam Pollock |
| | Christpher Leung |
| *Attorneys for KPG Investments Inc. and Kendalle Getty* | POLLOCK COHEN LLP |
| | 111 Broadway, Suite 1804 |
| | New York, NY 10006 |
| | adam@pollockcohen.com |
| | |
| | *Attorneys for Marlena Sonn* |
| THE GUNDERSON LAW FIRM | Alice Campos Mercado |
| | LEMONS, GRUNDY & EISENBERG |
| */s/ Mark H. Gunderson* | Alice Campos Mercado |
| Mark H. Gunderson | 6005 Plumas St., 3rd Floor |
| 3895 Warren Way | Reno, NV 89519 |
| Reno, NV 89509 | (775) 786-6868 |
| (775) 829-1222 | acm@lge.net |
| mgunderson@gundersonlaw.com | |
| | PAUL HASTINGS, LLP |
| *Attorney for Minerva Office Management, Inc. and Robert L. Leberman* | |
| | */s/ Ryan D. Derry* |
| | Ryan D. Derry |
| | 101 California Street, 48th Floor |
| | San Franscisco, CA 94111 |
| | ryandarry@paulhastings.com |
| | |
| | *Attorney for Alexandra Sarah Getty and ASG Investments Inc* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: