Leigh T. Goddard (NV Bar No. 6315)
Daniel I. Aquino (NV Bar No. 12682)
MCDONALD CARANO LLP
100 W. Liberty St. Tenth Floor
Reno, NV 89501
Telephone: 775-788-2000
lgoddard@mcdonaldcarano.com
daquino@mcdonaldcarano.com

*Attorneys for KPG Investments, Inc. and Kendalle Getty*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KPG INVESTMENTS INC., a Nevada corporation; KENDALLE GETTY, an individual, <br><br> Plaintiffs, <br> v. <br><br> MARLENA SONN, an individual; AND DOES 1-20, <br><br> Defendant. | Case No.: 3:22-cv-00236-ART-CLB |
| MARLENA SONN, <br><br> Plaintiff, <br> v. <br><br> KENDALLE P. GETTY, as Trustee of the Pleiades Trust and as an individual, KPG INVESTMENTS, INC., as Trustee of the Pleiades Trust, ALEXANDRA SARAH GETTY, as Trustee of the Pleiades Trust and as an individual, ASG INVESTMENTS, INC., as Trustee of the Pleiades Trust, MINERVA OFFICE MANAGEMENT, INC., and ROBERT L. LEBERMAN, <br><br> Defendants. | Consolidated with: 3:22-cv-00323-ART-CLB <br><br> **NOTICE OF DISASSOCIATION OF COUNSEL** |

1  TO:  ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that attorney Tara Teegarden is no longer associated with
3  the law firm of McDonald Carano Wilson LLP and is no longer counsel of record for
4  Kendalle Getty and KPG Investments, Inc.  Filings and notices on this matter should be
5  directed to the undersigned attorneys, and Tara Teegarden's name may be removed from
6  the service list. Please amend your Certificates of Service accordingly.

7  Dated:  September 7, 2023.

MCDONALD CARANO LLP

 /s/ Leigh Goddard
Leigh Goddard (NSBN 6315)
Daniel I. Aquino (NV Bar No. 12682)
100 W. Liberty St., Tenth Floor
Reno, NV 89501

*Attorneys for Kendalle Getty and
KPG Investments, Inc.*

# CERTIFICATE OF SERVICE

I certify that on the 7th day of September 2023, a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL** was electronically filed with the Clerk of the Court by using the Cout's CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification, as follows:

Adam Pollock
Christopher Leung
Pollock Cohen LLP
111 Broadway, 18th Floor
New York, NY 10006
adam@pollockcohen.com
chris@pollockcohen.com

Roger E. Wenthe
Roger Wenthe, PLLC
2831 St. Rose Pkwy., Suite 200
Henderson, NV  89052
roger@rwwpllc.com

*Attorneys for Marlena Sonn*

David Slarskey
Slarskey LLC
800 Third Avenue, 18th Floor
New York, NY 10022
dslarskey@slarskey.com

Mark H. Gunderson
Austin K. Sweet
Gunderson Law Firm
3895 Warren Way
Reno, Nevada 89509
mgunderson@gundersonlaw.com
asweet@gundersonlaw.com

*Attorneys for Minerva Office Management, Inc. and Robert L. Leberman*

Alice Campos Mercado
Lemons, Grundy & Eisenberg
6005 Plumas Street, Third Floor
Reno, Nevada 89519
acm@lge.net

Ryan D. Derry
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
ryanderry@paulhastings.com

*Attorneys for Alexandra Sarah Getty and ASG Investments, Inc.*

/s/ Tracy L. Brown
Employee of McDonald Carano LLP