Leigh T. Goddard (NV Bar No. 6315)
Daniel I. Aquino (NV Bar No. 12682)
MCDONALD CARANO LLP
100 W. Liberty St. Tenth Floor
Reno, NV 89501
Telephone: 775-788-2000
lgoddard@mcdonaldcarano.com
daquino@mcdonaldcarano.com

*Attorneys for KPG Investments, Inc. and Kendalle Getty*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KPG INVESTMENTS INC., a Nevada corporation; KENDALLE GETTY, an individual, <br><br>      Plaintiffs, <br>   v. <br><br>MARLENA SONN, an individual; AND DOES 1-20, <br><br>      Defendant. | Case No.: <br>3:22-cv-00236-ART-CLB |
| MARLENA SONN, <br><br>      Plaintiff, <br>   v. <br><br>KENDALLE P. GETTY, as Trustee of the Pleiades Trust and as an individual, KPG INVESTMENTS, INC., as Trustee of the Pleiades Trust, ALEXANDRA SARAH GETTY, as Trustee of the Pleiades Trust and as an individual, ASG INVESTMENTS, INC., as Trustee of the Pleiades Trust, MINERVA OFFICE MANAGEMENT, INC., and ROBERT L. LEBERMAN, <br><br>      Defendants. | Consolidated with: <br>3:22-cv-00323-ART-CLB <br><br><br>**ORDER GRANTING MOTION/NOTICE OF DISASSOCIATION OF COUNSEL** |

TO:  ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Tara Teegarden is no longer associated with the law firm of McDonald Carano Wilson LLP and is no longer counsel of record for Kendalle Getty and KPG Investments, Inc.  Filings and notices on this matter should be directed to the undersigned attorneys, and Tara Teegarden's name may be removed from the service list. Please amend your Certificates of Service accordingly.

Dated:  September 7, 2023.

> MCDONALD CARANO LLP
>
> */s/ Leigh Goddard*
> Leigh Goddard (NSBN 6315)
> Daniel I. Aquino (NV Bar No. 12682)
> 100 W. Liberty St., Tenth Floor
> Reno, NV 89501
>
> *Attorneys for Kendalle Getty and
> KPG Investments, Inc.*

**IT IS SO ORDERED.**

DATED: September 8, 2023

_____
UNITED STATES MAGISTRATE JUDGE