Leigh T. Goddard (NV Bar 6315)
Daniel I. Aquino (NV Bar No. 12682)
MCDONALD CARANO LLP
100 W. Liberty St. Tenth Floor
Reno, NV  89501
Telephone:  775-788-2000
lgoddard@mcdonaldcarano.com
daquino@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

*Attorneys for KPG Investments, Inc.
and Kendalle Getty*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KPG INVESTMENTS INC., a Nevada corporation; KENDALLE GETTY, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MARLENA SONN, an individual; AND DOES 1-20,<br><br>　　　　Defendant.<br>_____/ | Case No.:<br>3:22-cv-00236-ART-CLB |
| MARLENA SONN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KENDALLE P. GETTY, as Trustee of the Pleiades Trust and as an individual, KPG INVESTMENTS, INC., as Trustee of the Pleiades Trust, ALEXANDRA SARAH GETTY, as Trustee of the Pleiades Trust and as an individual, ASG INVESTMENTS, INC., as Trustee of the Pleiades Trust, MINERVA OFFICE MANAGEMENT, INC., and ROBERT L. LEBERMAN,<br><br>　　　　Defendants.<br>_____/ | Consolidated with:<br>3:22-cv-00323-ART-CLB<br><br>**STIPULATION TO EXTEND CASE DEADLINES AND ORDER**<br><br>**(Second Request)** |

KPG Investments Inc., Kendalle Getty, ASG Investments, Inc., Alexandra Sarah Getty, Minerva Office Management, Inc., Robert L. Leberman and Marlena Sonn (collectively, the "Parties"), by and through their respective counsel of record, agree and stipulate to extend case deadlines to allow the parties to memorialize the terms of their settlement.

1.	On August 28, 2023, the Parties participated in a mediation with the Honorable David Wall, and subsequently reached an agreement as to material terms.

2.	On September 6, 2023, the Parties filed a Stipulation to Extend Case Deadlines (ECF No. 118) to inform the Court of the settlement and to extend the immediate case deadlines while they focused on documenting the settlement terms.

3.	On September 7, the Court entered its Order Granting Stipulation to Extend Case Deadlines. (ECF No. 119.)

4.	Since that time, the Parties have continued to work toward the final settlement documents, but the documents have not yet been finalized.  Accordingly, the Parties must seek a second extension of the case deadlines.  However, rather than proposing a new schedule, the Parties agree that it is appropriate to vacate the existing case deadlines and schedule a Case Management Conference with the Court in approximately 60 days.

//
//
//
//
//
//
//
//

5. The Parties agree that if the settlement is not finalized, they will file a Case Management Report to the Court seven (7) days before the Case Management Conference, and new case deadlines should be set at the conference.

**IT IS SO STIPULATED AND AGREED**, November 6, 2023.

| | |
|---|---|
| McDONALD CARANO LLP | ROGER WENTHE, PLLC |
| */s/ Leigh Goddard* | */s/  Adam Pollock* |
| Leigh T. Goddard | Roger W. Wenthe |
| Daniel I. Aquino | 2831 St. Rose Pkwy. # 200 |
| 100 W. Liberty St., Tenth Floor | Henderson, NV 89052 |
| Reno, Nevada 89501 | (702) 971-0541 |
| (775) 788-2000 | Roger.Wenthe@gmail.com |
| lgoddard@mcdonaldcarano.com | |
| daquino@mcdonaldcarano.com | Adam Pollock |
| | Christopher Leung |
| *Attorneys for KPG Investments Inc. and Kendalle Getty* | POLLOCK COHEN LLP |
| | 111 Broadway, Suite 1804 |
| | New York, NY 10006 |
| | adam@pollockcohen.com |
| | |
| | *Attorneys for Marlena Sonn* |
| | |
| THE GUNDERSON LAW FIRM | PAUL HASTINGS, LLP |
| */s/  Mark Gunderson* | */s/  Ryan Derry* |
| Mark H. Gunderson | Ryan D. Derry |
| 3895 Warren Way | 101 California Street, 48th Floor |
| Reno, NV 89509 | San Franscisco, CA 94111 |
| (775) 829-1222 | ryandarry@paulhastings.com |
| mgunderson@gundersonlaw.com | |
| | Alice Campos Mercado |
| *Attorney for Minerva Office Management, Inc. and Robert L. Leberman* | LEMONS, GRUNDY & EISENBERG |
| | Alice Campos Mercado |
| | 6005 Plumas St., 3rd Floor |
| | Reno, NV 89519 |
| | (775) 786-6868 |
| | acm@lge.net |
| | |
| | *Attorney for Alexandra Sarah Getty and ASG Investments Inc* |

1   **IT IS SO ORDERED** that the discovery and case deadlines shall be vacated
2   and a Case Management Conference is set for _____.

_____
UNITED STATES MAGISTRATE JUDGE
DATED