1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**

9                      **DISTRICT OF NEVADA**

10   KPG INVESTMENTS INC., a Nevada          Case No.:
     corporation; KENDALLE GETTY, an individual,   3:22-cv-00236-ART-CLB
11
12            Plaintiffs,

13       v.

14   MARLENA SONN, an individual; AND DOES 1-
     20,
15
              Defendant.
16   _____/
     MARLENA SONN,                          Consolidated with:
17                                          3:22-cv-00323-ART-CLB
              Plaintiff,
18
19       v.

20   KENDALLE P. GETTY, as Trustee of the       **ORDER GRANTING**
     Pleiades Trust and as an individual, KPG   **STIPULATION TO EXTEND**
21   INVESTMENTS, INC., as Trustee of the       **CASE DEADLINES**
     Pleiades Trust, ALEXANDRA SARAH GETTY,
22   as Trustee of the Pleiades Trust and as an
     individual, ASG INVESTMENTS, INC., as
23   Trustee of the Pleiades Trust, MINERVA
     OFFICE MANAGEMENT, INC., and ROBERT
24   L. LEBERMAN,

25            Defendants.
26   _____/
27

1

KPG Investments Inc., Kendalle Getty, ASG Investments, Inc., Alexandra Sarah Getty, Minerva Office Management, Inc., Robert L. Leberman and Marlena Sonn (collectively, the "Parties"), by and through their respective counsel of record, agree and stipulate to extend case deadlines to allow the parties to memorialize the terms of their settlement.

1.      On August 28, 2023, the Parties participated in a mediation with the Honorable David Wall, and subsequently reached an agreement as to material terms.

2.      On September 6, 2023, the Parties filed a Stipulation to Extend Case Deadlines (ECF No. 118) to inform the Court of the settlement and to extend the immediate case deadlines while they focused on documenting the settlement terms.

3.      On September 7, the Court entered its Order Granting Stipulation to Extend Case Deadlines. (ECF No. 119.)

4.      Since that time, the Parties have continued to work toward the final settlement documents, but the documents have not yet been finalized.  Accordingly, the Parties must seek a second extension of the case deadlines.  However, rather than proposing a new schedule, the Parties agree that it is appropriate to vacate the existing case deadlines and schedule a Case Management Conference with the Court in approximately 60 days.

//
//
//
//
//
//
//
//

5.     The Parties agree that if the settlement is not finalized, they will file a Case Management Report to the Court seven (7) days before the Case Management Conference, and new case deadlines should be set at the conference.

**IT IS SO STIPULATED AND AGREED**, November 6, 2023.

McDONALD CARANO LLP

*/s/ Leigh Goddard*
Leigh T. Goddard
Daniel I. Aquino
100 W. Liberty St., Tenth Floor
Reno, Nevada 89501
(775) 788-2000
lgoddard@mcdonaldcarano.com
daquino@mcdonaldcarano.com

*Attorneys for KPG Investments Inc. and Kendalle Getty*

ROGER WENTHE, PLLC

*/s/   Adam Pollock*
Roger W. Wenthe
2831 St. Rose Pkwy. # 200
Henderson, NV  89052
(702) 971-0541
Roger.Wenthe@gmail.com

Adam Pollock
Christopher Leung
POLLOCK COHEN LLP
111 Broadway, Suite 1804
New York, NY 10006
adam@pollockcohen.com

*Attorneys for Marlena Sonn*

THE GUNDERSON LAW FIRM

*/s/   Mark Gunderson*
Mark H. Gunderson
3895 Warren Way
Reno, NV 89509
(775) 829-1222
mgunderson@gundersonlaw.com

*Attorney for Minerva Office Management, Inc. and Robert L. Leberman*

PAUL HASTINGS, LLP

*/s/   Ryan Derry*
Ryan D. Derry
101 California Street, 48th Floor
San Franscisco, CA 94111
ryandarry@paulhastings.com

Alice Campos Mercado
LEMONS, GRUNDY & EISENBERG
Alice Campos Mercado
6005 Plumas St., 3rd Floor
Reno, NV 89519
(775) 786-6868
acm@lge.net

*Attorney for Alexandra Sarah Getty and ASG Investments Inc*

**IT IS SO ORDERED** that the discovery deadlines in this case shall be vacated and discovery shall be stayed in this action until **Friday, January 5, 2024.** If the parties do not finalize the settlement agreement and file a stipulation to dismiss this action by on or before Friday, January 5, 2024, the stay of discovery will be automatically lifted and the parties are ordered file an updated Joint Discovery Plan and Scheduling Order by no later than **Friday, January 19, 2024**.

DATED this 6th day of November, 2023.

_____
UNITED STATES MAGISTRATE JUDGE