Leigh T. Goddard (NV Bar 6315)
Daniel I. Aquino (NV Bar No. 12682)
MCDONALD CARANO LLP
100 W. Liberty St. Tenth Floor
Reno, NV 89501
Telephone: 775-788-2000
lgoddard@mcdonaldcarano.com
daquino@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

*Attorneys for KPG Investments, Inc.
and Kendalle Getty*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KPG INVESTMENTS INC., a Nevada corporation; KENDALLE GETTY, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> MARLENA SONN, an individual; AND DOES 1-20, <br><br> Defendant. | Case No.: <br> 3:22-cv-00236-ART-CLB |
| MARLENA SONN, <br><br> Plaintiff, <br><br> v. <br><br> KENDALLE P. GETTY, as Trustee of the Pleiades Trust and as an individual, KPG INVESTMENTS, INC., as Trustee of the Pleiades Trust, ALEXANDRA SARAH GETTY, as Trustee of the Pleiades Trust and as an individual, ASG INVESTMENTS, INC., as Trustee of the Pleiades Trust, MINERVA OFFICE MANAGEMENT, INC., and ROBERT L. LEBERMAN, <br><br> Defendants. | Consolidated with: <br> 3:22-cv-00323-ART-CLB <br><br> **STIPULATION TO EXTEND CASE DEADLINES AND ORDER** <br><br> **(Third Request)** |

1

KPG Investments Inc., Kendalle Getty, ASG Investments, Inc., Alexandra Sarah Getty, Minerva Office Management, Inc., Robert L. Leberman and Marlena Sonn (collectively, the "Parties"), by and through their respective counsel of record, agree and stipulate to extend case deadlines to allow the parties to memorialize the terms of their settlement.

1. On August 28, 2023, the Parties participated in a mediation with the Honorable David Wall, and subsequently reached an agreement as to material terms.

2. On September 6, 2023, the Parties filed a Stipulation to Extend Case Deadlines (ECF No. 118) to inform the Court of the settlement and to extend the immediate case deadlines while they focused on documenting the settlement terms.

3. On September 7, 2023, the Court entered its Order Granting Stipulation to Extend Case Deadlines. (ECF No. 119.)

4. On November 6, 2023, the Court granted a stipulation to extend deadlines and ordered a stay of discovery until Friday, January 5, 2024, and an updated Joint Discovery Plan and Scheduling Order by January 19, 2024.

5. On December 14, 2023, POLLOCK COHEN and Roger W. Wenthe moved to withdraw as counsel for Sonn. (ECF No. 126.)

6. On December 29, 2023, the Court denied the motion without prejudice. (ECF No. 127.)

7. New counsel will appear for Sonn within the next week.

8. Therefore, the Parties request a short extension of the Court's deadlines to attempt to finalize settlement with Sonn's new counsel. Accordingly, the Parties seek a third extension of the case deadlines of two weeks. This would extend the current stay of discovery from January 5, 2024, to January 19, 2024, and the updated Joint Discovery Plan and Scheduling Order from January 19, 2024, to Friday, February 2, 2024.

**IT IS SO STIPULATED AND AGREED**, January 8, 2024.

| | |
|---|---|
| McDONALD CARANO LLP | ROGER WENTHE, PLLC |
| */s/ Leigh T. Goddard* | */s/ Roger Wenthe* |
| Leigh T. Goddard<br>Daniel I. Aquino<br>100 W. Liberty St., Tenth Floor<br>Reno, Nevada 89501<br>(775) 788-2000<br>lgoddard@mcdonaldcarano.com<br>daquino@mcdonaldcarano.com | Roger W. Wenthe<br>2831 St. Rose Pkwy. # 200<br>Henderson, NV 89052<br>(702) 971-0541<br>Roger.Wenthe@gmail.com |
| *Attorneys for KPG Investments Inc. and Kendalle Getty* | Adam Pollock<br>POLLOCK COHEN LLP<br>111 Broadway, Suite 1804<br>New York, NY 10006<br>adam@pollockcohen.com |
| | *Attorneys for Marlena Sonn* |
| THE GUNDERSON LAW FIRM | PAUL HASTINGS, LLP |
| */s/ Mark Gunderson* | */s/ Ryan Derry* |
| Mark H. Gunderson<br>3895 Warren Way<br>Reno, NV 89509<br>(775) 829-1222<br>mgunderson@gundersonlaw.com | Ryan D. Derry<br>101 California Street, 48th Floor<br>San Franscisco, CA 94111<br>ryanderry@paulhastings.com |
| *Attorney for Minerva Office Management, Inc. and Robert L. Leberman* | Alice Campos Mercado<br>LEMONS, GRUNDY & EISENBERG<br>Alice Campos Mercado<br>6005 Plumas St., 3rd Floor<br>Reno, NV 89519<br>(775) 786-6868<br>acm@lge.net |
| | *Attorneys for Alexandra Sarah Getty and ASG Investments Inc* |

## ORDER

**IT IS THEREFORE ORDERED** that the discovery and case deadlines shall be shall be vacated and discovery shall be stayed in this action until **Friday, January 19, 2024.** If the parties do not finalize the settlement agreement and

file a stipulation to dismiss this action by on or before Friday, January 19, 2024, the stay of discovery will be automatically lifted and the parties are ordered file an updated Joint Discovery Plan and Scheduling Order by no later than **Friday, February 2, 2024**.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: January 8, 2024.