Leigh T. Goddard (NV Bar 6315)
Daniel I. Aquino (NV Bar No. 12682)
MCDONALD CARANO LLP
100 W. Liberty St. Tenth Floor
Reno, NV  89501
Telephone:  775-788-2000
lgoddard@mcdonaldcarano.com
daquino@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

*Attorneys for KPG Investments, Inc. and Kendalle Getty*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KPG INVESTMENTS INC., a Nevada corporation; KENDALLE GETTY, an individual,<br><br>   Plaintiffs,<br><br>v.<br><br>MARLENA SONN, an individual; AND DOES 1-20,<br><br>   Defendant.<br>_____/ | Case No.:<br>3:22-cv-00236-ART-CLB |
| MARLENA SONN,<br><br>   Plaintiff,<br><br>v.<br><br>KENDALLE P. GETTY, as Trustee of the Pleiades Trust and as an individual, KPG INVESTMENTS, INC., as Trustee of the Pleiades Trust, ALEXANDRA SARAH GETTY, as Trustee of the Pleiades Trust and as an individual, ASG INVESTMENTS, INC., as Trustee of the Pleiades Trust, MINERVA OFFICE MANAGEMENT, INC., and ROBERT L. LEBERMAN,<br><br>   Defendants.<br>_____/ | Consolidated with:<br>3:22-cv-00323-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND CASE DEADLINES**<br><br>**(Fourth Request)** |

1

KPG Investments Inc., Kendalle Getty, ASG Investments, Inc., Alexandra Sarah Getty, Minerva Office Management, Inc., Robert L. Leberman and Marlena Sonn (collectively, the "Parties"), by and through their respective counsel of record, agree and stipulate to extend case deadlines to allow the parties to memorialize the terms of their settlement.

1. On August 28, 2023, the Parties participated in a mediation with the Honorable David Wall, and subsequently reached an agreement as to material terms.

2. On September 6, 2023, the Parties filed a Stipulation to Extend Case Deadlines (ECF No. 118) to inform the Court of the settlement and to extend the immediate case deadlines while they focused on documenting the settlement terms.

3. On September 7, 2023, the Court entered its Order Granting Stipulation to Extend Case Deadlines. (ECF No. 119.)

4. On November 6, 2023, the Court granted a stipulation to extend deadlines and ordered a stay of discovery until Friday, January 5, 2024, and an updated Joint Discovery Plan and Scheduling Order by January 19, 2024.

5. On December 14, 2023, POLLOCK COHEN and Roger W. Wenthe moved to withdraw as counsel for Sonn. (ECF No. 126.)

6. On December 29, 2023, the Court denied the motion without prejudice. (ECF No. 127.)

7. Sonn's new local counsel appeared in the action January 10, 2023 (ECF No. 130), and lead counsel appeared on January 16, 2023 (ECF No. 133).

8. The parties have resumed efforts to finalize the settlement agreement, but a brief additional period will be required to complete the process. The parties anticipating finalizing the settlement agreement within the next two weeks. Accordingly, the Parties seek a fourth extension of the case deadlines of two weeks. This would extend the current stay of discovery from January 19, 2024, to February

2, 2024, and the deadline to submit the updated Joint Discovery Plan and Scheduling Order (in the event settlement could not be finalized) from February 2, 2024, to February 16, 2024.

**IT IS SO STIPULATED AND AGREED**, January 19, 2024.

McDONALD CARANO LLP

/s/ Daniel I. Aquino
Leigh T. Goddard
Daniel I. Aquino
100 W. Liberty St., Tenth Floor
Reno, Nevada 89501
(775) 788-2000
lgoddard@mcdonaldcarano.com
daquino@mcdonaldcarano.com

*Attorneys for KPG Investments Inc. and Kendalle Getty*

THE GUNDERSON LAW FIRM

/s/ Austin K. Sweet
Mark H. Gunderson
Austin K. Sweet
3895 Warren Way
Reno, NV 89509
(775) 829-1222
mgunderson@gundersonlaw.com

*Attorney for Minerva Office Management, Inc. and Robert L. Leberman*

HAMILTON LAW

/s/ Sonya Z. Mehta
Ryan A. Hamilton
5125 S. Durango Drive
Las Vegas, NV 89113
702-818-1818
Ryan@HamLegal.com

Sonya Z. Mehta
Siegel, Yee, Brunner & Mehta
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: (510) 839-1200
sonyamehta@siegelyee.com
*Admitted pro hac vice*
*Attorneys for Marlena Sonn*

PAUL HASTINGS, LLP

/s/ Ryan D. Derry
Ryan D. Derry
101 California Street, 48th Floor
San Franscisco, CA 94111
ryandarry@paulhastings.com

*Attorney for Alexandra Sarah Getty and ASG Investments Inc*

Alice Campos Mercado
LEMONS, GRUNDY & EISENBERG
Alice Campos Mercado
6005 Plumas St., 3rd Floor
Reno, NV 89519
(775) 786-6868
acm@lge.net

**ORDER**

**IT IS THEREFORE ORDERED** that the stay of discovery in this action shall continue until **Friday, February 2, 2024.** If the parties do not finalize the settlement agreement and file a stipulation to dismiss this action or stipulate otherwise by on or before Friday, February 2, 2024, the stay of discovery will be automatically lifted and the parties are ordered file an updated Joint Discovery Plan and Scheduling Order by no later than **Friday, February 16, 2024**.

**IT IS SO ORDERED.**

DATED: January 19, 2024

_____
UNITED STATES MAGISTRATE JUDGE