Sonya Z. Mehta
Siegel, Yee, Brunner & Mehta
475 14th Street, Suite 500
Oakland, CA 94612
(510) 839-1200
sonyamehta@siegelyee.com
Admitted pro hac vice
Incoming Attorneys for Marlena Sonn

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KPG INVESTMENTS INC. and KENDALLE GETTY,<br><br>    *Plaintiffs*,<br><br>v.<br><br>MARLENA SONN,<br><br>    *Defendant*. | **ORDER GRANTING STIPULATION TO SUBTITUTE COUNSEL FOR MARLENA SONN UNDER LR IA 11-6(c)**<br><br>Consolidated Actions<br><br>Case No. 3:22-cv-00236-ART-CLB (Lead)<br><br>Case No. 3:22-cv-00323-ART-CLB (Consolidated) |
| MARLENA SONN,<br><br>    *Plaintiff*,<br><br>v.<br><br>KENDALLE P. GETTY, as Trustee of the Pleiades Trust and as an individual, KPG INVESTMENTS INC., as Trustee of the Pleiades Trust, ALEXANDRA SARAH GETTY, as Trustee of the Pleiades Trust and as an individual, ASG INVESTMENTS INC., as Trustee of the Pleiades Trust, MINERVA OFFICE MANAGEMENT, INC. and ROBERT L. LEBERMAN,<br><br>    *Defendants*. | |

Sonya Z. Mehta and Ryan A. Hamilton have appeared in this matter as incoming counsel for Marlena Sonn. Pursuant to LR IA 11-6(c), Mehta and Hamilton are substituting for outgoing counsel Roger W. Wenthe, Adam Pollock, Max Rodriguez, and Christopher Leung.

**IT IS SO STIPULATED AND AGREED**, January 21, 2024.

- 1 -

| | |
|---|---|
| *Incoming counsel:* | *Outgoing counsel:* |
| HAMILTON LAW | ROGER WENTHE, PLLC |
| /s/ *Ryan A. Hamilton* | /s/ *Roger W. Wenthe* |
| Ryan A. Hamilton | Roger W. Wenthe |
| 5125 S. Durango Drive | 2831 St. Rose Pkwy. # 200 |
| Las Vegas, NV 89113 | Henderson, NV 89052 |
| 702-818-1818 | (702) 971-0541 |
| Ryan@HamLegal.com | Roger.Wenthe@gmail.com |
| | |
| SIEGEL, YEE, BRUNNER & MEHTA | POLLOCK COHEN LLP |
| /s/ *Sonya Z. Mehta* | /s/ *Adam Pollock* |
| Sonya Z. Mehta | Adam Pollock |
| 475 14th Street, Suite 500 | 111 Broadway, Suite 1804 |
| Oakland, CA 94612 | New York, NY 10006 |
| (510) 839-1200 | (646) 290-7251 |
| sonyamehta@siegelyee.com | adam@pollockcohen.com |
| | |
| **THE REPRESENTED CLIENT**: | LAW OFFICE OF MAX RODRIGUEZ PLLC** |
| | /s/ *Max Rodriguez* |
| /s/ *Marlena Sonn*  January 23, 2023 | Max Rodriguez |
| Marlena Sonn (Jan 23, 2024 11:11 EST) | 12 East 49th Street |
| Marlena Sonn | 11th Floor |
| | New York, NY 10017 |
| | (646) 741-6430 |
| | |
| | LEUNG LAW PLLC** |
| | /s/ *Christopher Leung* |
| | Christopher Leung |
| | 1 Dock 72 Way, 7th Fl. |
| | Brooklyn, NY 11205 |
| | (212) 498-8991 |
| | chris@impact-lit.com |
| | |
| | * Max Rodriguez and Chris Leung appeared in this action only by way of their prior association with the firm Pollock Cohen LLP.  The Law Office of Max Rodriguez and Leung Law PLLC have not appeared in this action. |

**IT IS SO ORDERED** that the substitution is approved and the withdrawal of Roger W. Wenthe, Adam Pollock, Max Rodriguez, and Christopher Leung is granted.

UNITED STATES MAGISTRATE JUDGE

DATED: January 25, 2024.