Leigh T. Goddard (NV Bar 6315)
Daniel I. Aquino (NV Bar No. 12682)
MCDONALD CARANO LLP
100 W. Liberty St. Tenth Floor
Reno, NV 89501
Telephone: 775-788-2000
lgoddard@mcdonaldcarano.com
daquino@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

*Attorneys for KPG Investments, Inc.
and Kendalle Getty*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KPG INVESTMENTS INC., a Nevada corporation; KENDALLE GETTY, an individual, | Case No.: 3:22-cv-00236-ART-CLB |
| Plaintiffs, | |
| v. | |
| MARLENA SONN, an individual; AND DOES 1-20, | |
| Defendant. | |
| _____/ | |
| MARLENA SONN, | Consolidated with: 3:22-cv-00323-ART-CLB |
| Plaintiff, | |
| v. | |
| KENDALLE P. GETTY, as Trustee of the Pleiades Trust and as an individual, KPG INVESTMENTS, INC., as Trustee of the Pleiades Trust, ALEXANDRA SARAH GETTY, as Trustee of the Pleiades Trust and as an individual, ASG INVESTMENTS, INC., as Trustee of the Pleiades Trust, MINERVA OFFICE MANAGEMENT, INC., and ROBERT L. LEBERMAN, | **ORDER GRANTING STIPULATION TO EXTEND CASE DEADLINES**<br><br>**(Fifth Request)** |
| Defendants. | |
| _____/ | |

KPG Investments Inc., Kendalle Getty, ASG Investments, Inc., Alexandra Sarah Getty, Minerva Office Management, Inc., Robert L. Leberman and Marlena Sonn (collectively, the "Parties"), by and through their respective counsel of record, agree and stipulate to extend case deadlines to allow the parties to memorialize the terms of their settlement.

1. On August 28, 2023, the Parties participated in a mediation with the Honorable David Wall, and subsequently reached an agreement as to material terms.

2. On September 6, 2023, the Parties filed a Stipulation to Extend Case Deadlines (ECF No. 118) to inform the Court of the settlement and to extend the immediate case deadlines while they focused on documenting the settlement terms.

3. On September 7, 2023, the Court entered its Order Granting Stipulation to Extend Case Deadlines. (ECF No. 119.)

4. On November 6, 2023, the Court granted a stipulation to extend deadlines and ordered a stay of discovery until Friday, January 5, 2024, and an updated Joint Discovery Plan and Scheduling Order by January 19, 2024.

5. On December 14, 2023, POLLOCK COHEN and Roger W. Wenthe moved to withdraw as counsel for Sonn. (ECF No. 126.)

6. On December 29, 2023, the Court denied the motion without prejudice. (ECF No. 127.)

7. Sonn's new local counsel appeared in the action January 10, 2023 (ECF No. 130), and lead counsel appeared on January 16, 2023 (ECF No. 133).

8. On January 19, 2024, the parties requested another two-week extension to all deadlines. (ECF No. 134.)

9. On January 19, 2024, this Court approved that extension and ordered a stay of discovery until Friday, February 2, 2024, and an updated Joint Discovery Plan and Scheduling Order by February 16, 2024. (ECF No. 135.) The parties have

resumed efforts to finalize the settlement agreement, but a brief additional period will be required to complete the process. The parties anticipating finalizing the settlement agreement within the next three weeks. Accordingly, the Parties seek a fifth extension of the case deadlines of three weeks to finalize settlement and two weeks after that to submit the Joint Discovery Plan. This would extend the current stay of discovery from February 2, 2024, to February 23, 2024, and the deadline to submit the updated Joint Discovery Plan and Scheduling Order (in the event settlement could not be finalized) from February 16, 2024 to March 8, 2024.

**IT IS SO STIPULATED AND AGREED**, January 31, 2024.

| McDONALD CARANO LLP | HAMILTON LAW |
|---|---|
| /s/   Daniel I. Aquino | /s/   Sonya Z. Metha |
| Leigh T. Goddard<br>Daniel I. Aquino<br>100 W. Liberty St., Tenth Floor<br>Reno, Nevada 89501<br>(775) 788-2000<br>lgoddard@mcdonaldcarano.com<br>daquino@mcdonaldcarano.com<br><br>*Attorneys for KPG Investments Inc. and Kendalle Getty* | RYAN A. HAMILTON, ESQ.<br>5125 S. Durango Drive<br>Las Vegas, NV 89113<br>702-818-1818<br>Ryan@HamLegal.com<br><br>SONYA Z. MEHTA<br>SIEGEL, YEE, BRUNNER & MEHTA<br>475 14th Street, Suite 500<br>Oakland, CA 94612<br>Telephone: (510) 839-1200<br>sonyamehta@siegelyee.com<br>*Admitted pro hac vice*<br>*Attorneys for Marlena Sonn* |

| | |
|---|---|
| THE GUNDERSON LAW FIRM | PAUL HASTINGS, LLP |
| /s/   Austin Sweet<br>Mark H. Gunderson<br>3895 Warren Way<br>Reno, NV 89509<br>(775) 829-1222<br>mgunderson@gundersonlaw.com<br><br>*Attorney for Minerva Office Management, Inc. and Robert L. Leberman* | /s/   Ryan D. Derry<br>Ryan D. Derry<br>101 California Street, 48th Floor<br>San Franscisco, CA 94111<br>ryandarry@paulhastings.com<br><br>*Attorney for Alexandra Sarah Getty and ASG Investments Inc*<br><br>Alice Campos Mercado<br>LEMONS, GRUNDY & EISENBERG<br>Alice Campos Mercado<br>6005 Plumas St., 3rd Floor<br>Reno, NV 89519<br>(775) 786-6868<br>acm@lge.net |

## ORDER

**IT IS THEREFORE ORDERED** that the stay of discovery in this action shall continue until **Friday, February 23, 2024.** If the parties do not finalize the settlement agreement and file a stipulation to dismiss this action or stipulate otherwise on or before Friday, February 2, 2024, the stay of discovery will be automatically lifted and the parties are ordered file an updated Joint Discovery Plan and Scheduling Order by no later than **Friday, March 8, 2024**.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 1, 2024

4