SONYA Z. MEHTA, SBN 294411
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, CA  94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
sonyamehta@siegelyee.com
*Admitted pro hac vice*

RYAN A. HAMILTON, SBN 11587
HAMILTON LAW
5125 South Durango Drive
Las Vegas, NV 89113
702-818-1818
Ryan@HamLegal.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KPG INVESTMENTS INC., a Nevada Corporation; KENDALLE GETTY, an individual,<br><br>          Plaintiffs,<br><br>     vs.<br><br>MARLENA SONN, AND DOES 1-20 ,<br><br>          Defendants. | |
| MARLENA SONN,<br>          Plaintiff,<br>     vs.<br><br>KENDALLE P. GETTY, as Trustee of the Pleiades Trust and as an individual, KPG INVESTMENTS, INC., as Trustee of the Pleiades Trust, ALEXANDRA SARAH GETTY, as Trustee of the Pleiades Trust and as an individual, ASG INVESTMENTS, INC., as Trustee of the Pleiades Trust, MINERVA OFFICE MANAGEMENT, INC., and ROBERT L. LEBERMAN,<br>          Defendants. | Consolidated case<br>3:22-cv-00236-ART-CLB<br><br>**DECLARATION OF SONYA MEHTA ISO MOTION TO WITHDRAW AS COUNSEL FOR MARLENA SONN** |

*KPG and Getty v. Sonn, Sonn v. Getty et al.*, consolidated Case No. 3:22-cv-00236-ART-CLB
Mehta Declaration ISO Motion to Withdraw as Counsel for Marlena Sonn – 1

I, SONYA MEHTA, declare:

1. I am admitted *pro hac vice* to this court. I am a partner at Siegel, Yee, Brunner & Mehta (SYBM) and counsel of record for Marlena Sonn (Sonn) in these consolidated actions.

2. Attached here as Exhibit 1 is proof of service on Ms. Sonn. I also emailed the Motion to Sonn on March 7, 2024.

3. I respectfully request that this Court permit my firm and Hamilton Law to withdraw as counsel for Sonn.

4. Irreconcilable differences have arisen between counsel and Sonn regarding settlement and litigation, rendering effective representation impossible.

5. On Friday, February 2, 2024, counsel informed Sonn that they could not represent her due to fundamental disagreements.

6. The irreconcilable differences arose quickly and are insurmountable.

7. Given the fundamental breakdown in the attorney-client relationship, we request that this Court allow counsel to withdraw. We request the Court provide Sonn to at least April 12, 2024, to secure new counsel and likewise stay the case to that date.

Dated: March 7, 2024                         SIEGEL, YEE, BRUNNER & MEHTA

                                             By:    */s/ Sonya Z. Mehta*
                                                    Sonya Z. Mehta

---

*KPG and Getty v. Sonn, Sonn v. Getty et al.*, consolidated Case No. 3:22-cv-00236-ART-CLB
Mehta Declaration ISO Motion to Withdraw as Counsel for Marlena Sonn – 2

# EXHIBIT 1

*KPG and Getty v. Sonn, Sonn v. Getty et al.*, consolidated Case No. 3:22-cv-00236-ART-CLB
Mehta Declaration ISO Motion to Withdraw as Counsel for Marlena Sonn – 3

**CERTIFICATE OF SERVICE**

I declare that I am a resident of or employed in the County of ALAMEDA, State of California. I am over the age of 18 years. The name and address of my residence or business is: Siegel, Yee, Brunner & Mehta, 475 14th Street, Suite 500, Oakland CA 94612.

On March 7, 2024, I served this Motion to Withdraw by U.S. mail to the following party:

    Marlena Sonn
    2 Northside Piers, PH 7
    Brooklyn, NY 11249

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct, and that this declaration was executed on March 7, 2024.

                                                                         __/s/*Christopher Weills*__
                                                                         Christopher Weills

---

*KPG and Getty v. Sonn, Sonn v. Getty et al.*, consolidated Case No. 3:22-cv-00236-ART-CLB
Mehta Declaration ISO Motion to Withdraw as Counsel for Marlena Sonn – 4