Marlena Sonn
2 Northside Piers, Apt. PH 7
Brooklyn, NY, 11249
347-223-1151
marlenaksonn@gmail.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KP INVESTMENTS INC. and KENDALLE GETTY,<br><br>*Plaintiffs,*<br><br>v.<br><br>MARLENA SONN,<br><br>*Defendant.* | Consolidated Actions<br><br>Case No. 3:22-cv-00236-ART-CLB (Lead)<br><br>Case No. 3:22-cv-00323-ART-CLB (Consolidated)<br><br>**DECLARATION OF MARLENA SONN IN SUPPORT OF RESPONSE TO MOTION TO WITHDRAW AS COUNSEL TO MARLENA SONN** |
| MARLENA SONN,<br><br>*Plaintiff,*<br><br>v.<br><br>KENDALLE P. GETTY, as Trustee of the Pleiades Trust and as an individual, KPG INVESTMENTS INC., as Trustee of the Pleiades Trust, ALEXANDRA SARAH GETTY, as Trustee of the Pleiades Trust and as an individual, ASG INVESTMENTS INC., as Trustee of the Pleiades Trust, MINERVA OFFICE MANAGEMENT, INC. and ROBERT L. LEBERMAN,<br><br>*Defendants* | |

10145275.1

# DECLARATION OF MARLENA SONN

I, Marlena Sonn, declare as follows:

1. I am an individual and Defendant in the above-entitled lead action, and Plaintiff in the above-entitled consolidated action. I make this declaration in support of the Response to Motion to Withdraw As Counsel to Marlena Sonn. I have personal knowledge of the facts set forth herein, and if called upon to testify thereto, I could and would competently do so under oath.

2. I oppose Siegel, Yee, Brunner & Mehta's (SYBM) and Hamilton Law's (HL) Motion to Withdraw As Counsel to Marlena Sonn.

3. While I do not waive the attorney-client privilege, I do not believe grounds exist to relieve my counsel from this case.

4. In the event that the Court grants the Motion to Withdraw and relieves SYBM and HL as counsel, I would request the matter be stayed for 60 days to allow me to retain new counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 21, 2024, at Brooklyn, New York.

_____
Marlena Sonn

10145275.1