```
1  SONYA Z. MEHTA, SBN 294411
   SIEGEL, YEE, BRUNNER & MEHTA
2  475 14th Street, Suite 500
   Oakland, CA  94612
3  Telephone: (510) 839-1200
4  Facsimile: (510) 444-6698
   sonyamehta@siegelyee.com
5  Admitted pro hac vice
6
   RYAN A. HAMILTON, SBN 11587
7  HAMILTON LAW
   5125 South Durango Drive
8  Las Vegas, NV 89113
   702-818-1818
9  Ryan@HamLegal.com
10
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KPG INVESTMENTS INC., a Nevada Corporation; KENDALLE GETTY, an individual,<br><br>        Plaintiffs,<br><br>  vs.<br><br>MARLENA SONN, AND DOES 1-20,<br><br>        Defendants. | |
| MARLENA SONN,<br>        Plaintiff,<br><br>  vs.<br><br>KENDALLE P. GETTY, as Trustee of the Pleiades Trust and as an individual, KPG INVESTMENTS, INC., as Trustee of the Pleiades Trust, ALEXANDRA SARAH GETTY, as Trustee of the Pleiades Trust and as an individual, ASG INVESTMENTS, INC., as Trustee of the Pleiades Trust, MINERVA OFFICE MANAGEMENT, INC., and ROBERT L. LEBERMAN,<br>        Defendants. | Consolidated case<br>3:22-cv-00236-ART-CLB<br><br>**ORDER GRANTING SONN'S REQUEST TO EXTEND TIME FOR TO OPPOSE MOTIONS TO DISMISS BY ONE WEEK** |

*KPG and Getty v. Sonn, Sonn v. Getty et al.*, consolidated Case No. 3:22-cv-00236-ART-CLB

Sonn's Request to Extend Time to Oppose Motions – 1

Marlena Sonn requests to extend motion deadlines for her to oppose motions by one week and thus move her reply to oppositions by one week, in light of a settlement conference statement that is due during the time of these motion deadlines.

1) On April 17, 2024, this Court set the following deadlines to refile motions previously filed but denied without prejudice while the parties tried to settle the case. (ECF No. 152.)
    a) May 1, 2024: File motions.
    b) May 15, 2024: Oppositions due.
    c) May 22, 2024: Replies to Oppositions due.
2) This Court referred the parties to Magistrate Judge Craig S. Denney for settlement. (ECF No. 152.) On April 19, 2024, Judge Denney set a settlement conference for the parties for June 3, 2024.
3) On April 23, 2024, Judge Denney set a deadline for settlement conference statements of May 24, 2024. (ECF No. 156.) The deadlines are thus:
    a) May 1, 2024: File motions.
    b) May 15, 2024: Oppositions due.
    c) May 22, 2024: Replies to Oppositions due.
    d) May 24, 2024: Settlement statements due.
4) Sonn requires sufficient time for the motion practice due in the next few weeks. Sonn expects to oppose several motions to dismiss from the three defendants, KPG Investments Inc./Kendalle Getty, ASG Investments, Inc./Alexandra Sarah Getty, and Minerva Office Management, Inc./Robert L. Leberman. Therefore, she requests a minimal extension on one more week (three weeks total) to oppose these three motions to dismiss.
5) She also needs this one-week extension to write the settlement statement due the same week as the replies.


6) With this extension, the deadlines for Sonn would be:

   a) May 1, 2024: File motions.

   b) May 22, 2024: Oppositions due. (1 week extension.)

   c) May 24, 2024: Settlement statements due.

   d) May 29, 2024: Replies to Oppositions due (one week total delay to proceedings but no extension in time.)

7) Although there is a *de minimus* delay to the proceedings of one week, there is good cause for it because Sonn needs sufficient time to explain and present their case to the settlement judge through their briefs and to oppose likely three motions to dismiss.

8) Sonn met and conferred with the Getty parties to stipulate to a mutual extension, but they were unwilling to agree to a one-week delay.

Respectfully submitted,

  /s/  Sonya Z. Mehta
SONYA Z. MEHTA
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: (510) 839-1200
sonyamehta@siegelyee.com
*Admitted pro hac vice*

  /s/  Ryan A. Hamilton
HAMILTON LAW
RYAN A. HAMILTON, ESQ.
5125 S. Durango Drive
Las Vegas, NV 89113
702-818-1818
Ryan@HamLegal.com

Attorneys for Marlena Sonn

---

*KPG and Getty v. Sonn, Sonn v. Getty et al.*, consolidated Case No. 3:22-cv-00236-ART-CLB
Sonn's Request to Extend Time to Oppose Motions – 3

**IT IS ORDERED** that the deadline for Sonn to oppose motions due on May 1, 2024, shall be extended by one week from May 15, 2024, to May 22, 2024, and the reply deadline for Sonn shall then be moved from May 22, 2024, to May 29, 2024. <u>No further extensions of time will be granted.</u>

DATED: April 29, 2024

_____
UNITED STATES MAGISTRATE JUDGE

---

*KPG and Getty v. Sonn, Sonn v. Getty et al.*, consolidated Case No. 3:22-cv-00236-ART-CLB
Sonn's Request to Extend Time to Oppose Motions – 4