GUNDERSON LAW FIRM
Mark H. Gunderson, Esq.
Nevada State Bar No. 2134
mgunderson@gundersonlaw.com
Austin K. Sweet, Esq.
Nevada State Bar No. 11725
asweet@gundersonlaw.com
3895 Warren Way
Reno, Nevada 89509
Telephone: 775.829.1222
Facsimile: 775.829.1226
*Attorneys for Minerva Office Management, Inc. and Robert L. Leberman*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KPG INVESTMENTS INC., a Nevada corporation; KENDALLE GETTY, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> MARLENA SONN, an individual; AND DOES 1-20, <br><br> Defendant. | Case No.: <br> 3:22-cv-00236-ART-CLB |
| MARLENA SONN, <br><br> Plaintiff, <br><br> v. <br><br> KENDALLE P. GETTY, as Trustee of the Pleiades Trust and as an individual, KPG INVESTMENTS, INC., as Trustee of the Pleiades Trust, ALEXANDRA SARAH GETTY, as Trustee of the Pleiades Trust and as an individual, ASG INVESTMENTS, INC., as Trustee of the Pleiades Trust, MINERVA OFFICE MANAGEMENT, INC., and ROBERT L. LEBERMAN, <br><br> Defendants. | Consolidated with: <br> 3:22-cv-00323-ART-CLB <br><br> **STIPULATION TO VACATE SETTLEMENT CONFERENCE** |

KPG Investments Inc., Kendalle Getty, Alexandra Sarah Getty, ASG Investments, Inc., Minerva Office Management, Inc., Robert L. Leberman, and Marlena Sonn (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to vacate the settlement conference scheduled to comment on Monday, June 3, 2024, at 9:00 a.m.

The Parties agree that there is a fundamental disagreement over the scope of issues to be addressed at the settlement conference and that proceeding with the settlement conference will not be a productive exercise.

DATED: May 31, 2024
**GUNDERSON LAW FIRM**

By: /s/ Mark H. Gunderson
Mark H. Gunderson, Esq.
Austin K. Sweet, Esq.
*Attorneys for Minerva Office Management, Inc. and Robert L. Leberman*

DATED: May 31, 2024
**PAUL HASTINGS LLP**

By: /s/ Ryan D Derry
Ryan D. Derry, Esq.
*Attorney for Alexandra Sarah Getty and ASG Investments, Inc.*

DATED: May 31, 2024
 **HAMILTON LAW**

By: /s/ Ryan Hamilton
Ryan A. Hamilton, Esq.

DATED: May 31, 2024
**MCDONALD CARANO LLP**

By: /s/ Leigh T. Goddard
Leigh T. Goddard, Esq.
Daniel I. Aquino, Esq.
*Attorneys for KPG Investments, Inc. and Kendalle Getty*

**SIEGEL, YEE, BRUNNER & MEHTA**

By: /s/ Sonya Mehta
Sonya Z. Mehta, Esq. (*pro hac vice*)
*Attorneys for Marlena Sonn*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** June 3, 2024

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA  89509
(775) 829-1222

-2-