LEMONS, GRUNDY & EISENBERG
ALICE CAMPOS MERCADO
Nevada State Bar No. 4555
6005 Plumas Street, Third Floor
Reno, Nevada 89519
Phone:  (775) 786-6868
Facsimile:  (775) 786-9716
acm@lge.net

PAUL HASTINGS LLP
RYAN D. DERRY, *PRO HAC VICE*
101 California Street, 48th Floor
San Francisco, California 94111
Phone:  (775) 856-7000
Facsimile:  (415) 856-7100
ryanderry@paulhastings.com

Attorneys for Defendants
ALEXANDRA SARAH GETTY and
ASG INVESTMENTS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KPG INVESTMENTS, INC., et al.,<br><br>    Plaintiff,<br><br>    vs.<br><br>MARLENA SONN, et al.,<br><br>    Defendant. | Case No. 3:22-CV-00236-ART-CLB<br>c/w Case No. 3:22-CV-00323 ART-CLB<br><br>**DEFENDANTS ALEXANDRA SARAH GETTY AND ASG INVESTMENTS, INC.'S CASE MANAGEMENT CONFERENCE REPORT** |

Defendants Alexandra Sarah Getty ("ASG") and ASG Investments, Inc. ("ASG Investments") (collectively "ASG Defendants") hereby submit their Case Management Conference Report in accordance with this Court's Pretrial Conference Order [ECF No. 152] and the Court's Civil Standing Order [ECF No. 55].

I. **DISCOVERY COMPLETED SINCE LAST CASE MANAGEMENT CONFERENCE**

Since the April 17, 2024 Pretrial Conference, ASG Defendants have continued in their process to identify and produce relevant and responsive documents and communications. In August 2023, ASG Defendants made their initial production of documents and served discovery responses and objections to Plaintiff Marlena Sonn's discovery requests. At that time, ASG Defendants were in the process of ongoing collection and review of electronically stored information. Shortly thereafter, as the Court is aware, the parties agreed to a stay and entered into a settlement which Sonn later reneged. During the April 17, 2024 Pretrial Conference, Sonn then suggested a further settlement conference, which she then only caused cancellation of the morning it was scheduled to occur on June 3, 2024.

Immediately thereafter, ASG Defendants began working to complete their production of documents that had been paused in August 2023. ASG Defendants conducted extensive ESI searches and, after meeting and conferring with Sonn, finalized a production. Thus, in addition to the production made in August, ASG Defendants communicated to Sonn their intent to produce documents today. As promised, at approximately 7:00 p.m. this evening, ASG Defendants made an additional production of over 4,000 additional pages responsive to Sonn's Request for Production of Documents, Set One.

ASG Defendants also agreed, in correspondence with their production, to make available one or more persons most knowledgeable (PMK) to Sonn's requested general topics for a Rule 30(b)(6) deposition, although ASG Defendants and Sonn are continuing to meet and confer to determine the specific scope and scheduling of the PMK deponents. ASG Defendants anticipate those deponents will be available in August or early September 2024. ASG Defendants requested that Sonn sit for deposition in August 2024. Sonn stated that she was not available until

September 2024.  The parties ultimately agreed to set Sonn's deposition for September 10, 2024. ASG Defendants further agreed to make ASG available for deposition on September 6, 2024.

## II.  DISCOVERY SERVED BUT NOT YET COMPLETED

Sonn propounded her first set of Requests for Admission and second set of Interrogatories on ASG Defendants on June 18, 2024.  Thus, ASG Defendants' responses are due July 18, 2024. On June 21, 2024, ASG Defendants propounded two sets of Requests for Production of Documents and Requests for Admission to Sonn.  Sonn's responses are due July 22, 2024.  On June 28, 2024, ASG Defendants propounded Special Interrogatories to Sonn.  Sonn's responses are due July 29, 2024.  Sonn has not yet responded to any of these requests

## III.  DISCOVERY ISSUES UNABLE TO RESOLVE THROUGH MEET AND CONFER

At this time, ASG Defendants do not believe any issues have arisen that cannot be resolved through meet and confer efforts.

## IV.  OUTSTANDING MOTIONS

ASG Defendants' Renewed Motion to Dismiss [ECF No. 159] has been fully briefed and is ready for consideration by the court.

DATED: July 10, 2024

PAUL HASTINGS LLP
in association with
LEMONS, GRUNDY & EISENBERG

By: */s/Ryan D. Derry*
RYAN D. DERRY, *Pro Hac Vice*

Attorneys for Defendants,
ALEXANDRA SARAH GETTY and
ASG INVESTMENTS, INC.

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the law office of PAUL HASTINGS LLP, and on the 10TH day of July, 2024 I electronically filed **DEFENDANTS ALEXANDRA SARAH GETTY AND ASG INVESTMENTS, INC.'S CASE MANAGEMENT CONFERENCE REPORT,** and a copy will be electronically emailed by the United States District Court-District of Nevada through CM/ECF to the following:

Leigh T. Goddard, Esq.
MCDONALD CARANO LLP
100 W. Liberty St., Tenth Floor
P.O. Box 2670
Reno, NV 89501
lgoddard@mcdonaldcarano.com
wcomelius@mcdonaldcarano.com
*Attorneys for KPG Investments, Inc.
and Kendalle Getty*

Daniel I. Aquino, Esq.
MCDONALD CARANO LLP
2300 W. Sahara A venue, Suite 1200
Las Vegas, NV 89102
daquino@mcdonaldcarano.com
ksurowiec@mcdonaldcarano.com
mcarter@mcdonaldcarano.com
cgerard@mcdonaldcarano.com
*Attorneys for KPG Investments, Inc.
and Kendalle Getty*

Alice Campos Mercado, Esq.
LEMONS, GRUNDY & EISENBERG
6005 Plumas Street, Suite 300
Reno, Nevada 89509
acm@lge.net
margien@lge.net
*Attorney for Alexandra Sarah Getty
and ASG Investments, Inc.*

Sonya Z. Mehta, Esq.
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, CA 94612
sonyamehta@siegelyee.com
*Attorney for Marlena Sonn*

Ryan A. Hamilton, Esq.
HAMILTON LAW
5125 South Durango Drive
Las Vegas, NV 89113
Ryan@HamLegal.com
*Attorney for Marlena Sonn*

Mark H. Gunderson, Esq.
Austin K. Sweet, Esq.
GUNDERSON LAW FIRM
3895 Warren Way
Reno, Nevada 89509
mgunderson@gundersonlaw.com
asweet@gundersonlaw.com
*Attorneys for Minerva Office Management, Inc. and Robert L. Leberman*

Pursuant to FRCP 5(b), I certify that I am an employee of the law office of PAUL HASTINGS LLP, and on the 10TH day of July, 2024, I deposited for mailing in Los Angeles, California a true and correct copy of the foregoing **DEFENDANTS ALEXANDRA SARAH GETTY AND ASG INVESTMENTS, INC.'S CASE MANAGEMENT CONFERENCE REPORT,** to the following:

Lisa E. Cleary, Esq.
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of Americas
New York, NY 10036
lecleary@pbwt.com
*Attorneys for KPG Investments, Inc. and Kendalle Getty*

*Irma Gamino*
Irma Gamino