Leigh T. Goddard (NV Bar 6315)
Daniel I. Aquino (NV Bar No. 12682)
MCDONALD CARANO LLP
100 W. Liberty St. Tenth Floor
Reno, NV 89501
Telephone: 775-788-2000
lgoddard@mcdonaldcarano.com
daquino@mcdonaldcarano.com

*Attorneys for KPG Investments, Inc. and Kendalle Getty*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KPG INVESTMENTS INC., a Nevada corporation; KENDALLE GETTY, an individual, | Case No.: 3:22-cv-00236-ART-CLB |
| Plaintiffs, | |
| v. | |
| MARLENA SONN, an individual; AND DOES 1-20, | |
| Defendant. | |
| _____/ | Consolidated with: |
| MARLENA SONN, | 3:22-cv-00323-ART-CLB |
| Plaintiff, | |
| v. | |
| KENDALLE P. GETTY, as Trustee of the Pleiades Trust and as an individual, KPG INVESTMENTS, INC., as Trustee of the Pleiades Trust, ALEXANDRA SARAH GETTY, as Trustee of the Pleiades Trust and as an individual, ASG INVESTMENTS, INC., as Trustee of the Pleiades Trust, MINERVA OFFICE MANAGEMENT, INC., and ROBERT L. LEBERMAN, | **NOTICE OF SETTLEMENT** |
| Defendants. | |
| _____/ | |

4862-7381-8078.1

1

Notice is hereby given that Marlena Sonn, Kendalle P. Getty, KPG Investments, Inc., Alexandra Sarah Getty, ASG Investments, Inc, Minerva Office Management, Inc., and Robert L. Leberman have reached an agreement to settle all claims in this action. The parties have executed a confidential settlement agreement with various post-settlement obligations. The parties anticipate filing a stipulation for dismissal within 7 days of today's date.

| McDONALD CARANO LLP | SIEGEL, YEE, BRUNNER & MEHTA |
|---|---|
| /s/ Daniel I. Aquino | /s/ Sonya Z. Mehta |
| Leigh T. Goddard<br>Daniel I. Aquino<br>100 W. Liberty St., Tenth Floor<br>Reno, Nevada 89501<br>(775) 788-2000 | SONYA Z. MEHTA<br>475 14th Street, Suite 500<br>Oakland, CA 94612<br>(510) 839-1200<br>*Admitted pro hac vice* |
| *Attorneys for KPG Investments Inc. and Kendalle Getty* | RYAN A. HAMILTON, ESQ.<br>HAMILTON LAW<br>5125 S. Durango Drive<br>Las Vegas, NV 89113<br>(702)818-1818<br>*Attorneys for Marlena Sonn* |
| THE GUNDERSON LAW FIRM | PAUL HASTINGS, LLP |
| /s/ Mark H. Gunderson | /s/ Ryan D. Derry |
| Mark H. Gunderson<br>3895 Warren Way<br>Reno, NV 89509 | Ryan D. Derry<br>101 California Street, 48th Floor<br>San Francisco, CA 94111 |
| *Attorney for Minerva Office Management, Inc. and Robert L. Leiberman* | Alice Campos Mercado<br>LEMONS, GRUNDY & EISENBERG<br>Alice Campos Mercado<br>6005 Plumas St., 3rd Floor<br>Reno, NV 89519<br><br>*Attorney for Alexandra Sarah Getty and ASG Investments Inc* |

4862-7381-8078.1

2