**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KPG INVESTMENTS INC., a Nevada corporation; KENDALLE GETTY, an individual, | Case No.: 3:22-cv-00236-ART-CLB |
| Plaintiffs, | |
| v. | |
| MARLENA SONN, an individual; AND DOES 1-20, | |
| Defendant. | |
| _____ / | |
| MARLENA SONN, | Consolidated with: 3:22-cv-00323-ART-CLB |
| Plaintiff, | |
| v. | |
| KENDALLE P. GETTY, as Trustee of the Pleiades Trust and as an individual, KPG INVESTMENTS, INC., as Trustee of the Pleiades Trust, ALEXANDRA SARAH GETTY, as Trustee of the Pleiades Trust and as an individual, ASG INVESTMENTS, INC., as Trustee of the Pleiades Trust, MINERVA OFFICE MANAGEMENT, INC., and ROBERT L. LEBERMAN, | **ORDER GRANTING** **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |
| _____ / | |

-1-

1    Notice is given that MARLENA SONN, MINERVA OFFICE MANAGEMENT, INC., and

2 ROBERT L. LEBERMAN, KENDALLE P. GETTY, as an individual, KPG INVESTMENTS, INC.,

3 as Trustee of the Pleiades Trust, ALEXANDRA SARAH GETTY, as an individual, and ASG

4 INVESTMENTS, INC., as Trustee of the Pleiades Trust, by and through their attorneys of record,

5 stipulate and agree to the dismissal with prejudice of the above captioned matter in its entirety with

6 prejudice, with each party to bear its own attorneys' fees and costs.

7
DATED:  September 6, 2024          DATED:  September 6, 2024
GUNDERSON LAW FIRM               MCDONALD CARANO LLP
8

9 By: ___/s/ Mark Gunderson_____    By: ___/s/ Daniel Aquino_____
Mark H. Gunderson, Esq.            Leigh T. Goddard, Esq.
10 Austin K. Sweet, Esq.              Daniel I. Aquino, Esq.
3895 Warren Way                    100 W. Liberty St., Tenth Floor
11 Reno, NV 89509                     Reno, Nevada 89501
*Attorneys for Minerva Office Management,*  *Attorneys for KPG Investments, Inc.  and*
12 *Inc. and Robert L. Leberman*       *Kendalle Getty*

13

14 DATED: September 6, 2024           DATED:  September 6, 2024
SIEGEL, YEE, BRUNNER & MEHTA       PAUL HASTINGS, LLP
15

16 By: ___/s/ Sonya Mehta_____     By: __/s/ Ryan Derry_____
Sonya Z. Mehta, Esq.               Ryan D. Derry
17 475 14th Street, Suite 500         101 California Street, 48th Floor
Oakland, CA 94612                  San Francisco, CA 94111
18 (510) 839-1200
*Admitted pro hac vice*             Alice Campos Mercado
19                                    LEMONS, GRUNDY & EISENBERG
Ryan A. Hamilton, Esq.             Alice Campos Mercado
20 HAMILTON LAW                       6005 Plumas St., 3rd Floor
5125 S. Durango Drive              Reno, NV 89519
21 Las Vegas, NV 89113                *Attorneys for Alexandra Sarah Getty and ASG*
*Attorneys for Marlena Sonn*        *Investments Inc*
22

23
                    **ORDER**
24
    IT IS SO ORDERED this 10th day of September, 2024.
25

26

27 _____
ANNE R. TRAUM
28 UNITED STATES DISTRICT JUDGE

-2-